AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

District of Colorado

| United States of America | ) |
| v. | ) |
| Fayin Deng, a/k/a Tom | ) Case No. 09-mj-1082-MEH-1 |
| | ) |
| Defendant | ) |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Fayin Deng, a/k/a Tom

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

knowingly and intentionally conspire to manufacture, distribute, and possess with the intent to distribute, 1,000 or more marijuana plants

Date: 5/21/09

_____
Issuing officer's signature

Michael E. Hegarty
United States Magistrate Judge
Denver, Colorado

City and state:   Denver, Colorado

*Printed name and title*

### Return

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)*   _____

Date: _____

_____
*Arresting officer's signature*

_____
*Printed name and title*