Case 1:09-cr-01082-MEH    Document 2    Filed 05/21/2009    Page 1 of 1

AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Colorado

| United States of America | ) |
|---|---|
| v. | ) |
| Fayin Deng, a/k/a Tom | ) |
|  | ) |
|  | ) |
| _____ | ) |
| Defendant | |

Case No.  _09-mj-1082-MEH-1_

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*     Fayin Deng, a/k/a Tom _____

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☑ Complaint

☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:
knowingly and intentionally conspire to manufacture, distribute, and possess with the intent to distribute, 1,000 or more
marijuana plants

Date:  __5|21|09__

_____
Issuing officer's signature

Michael E. Hegarty
United States Magistrate Judge
Denver, Colorado
*Printed name and title*

City and state:  _____

---

**Return**

This warrant was received on *(date)*  __5/26/09__ , and the person was arrested on *(date)*  __5/26/09__
at *(city and state)*  __WESTMINSTER CO__ .

Date:  __5/26/09__

_____
Arresting officer's signature

KENNETH VALDEZ  DEA
*Printed name and title*