AO 468 (Rev. 01/09) Waiver of a Preliminary Hearing

# UNITED STATES DISTRICT COURT
for the

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No. 1:09-0182M-001 |
| Deng, Fayin ) | |
| _Defendant_ ) | |

## WAIVER OF A PRELIMINARY HEARING

I understand that I have been charged with an offense in a criminal complaint filed in this court, or charged with violating the terms of probation or supervised release in a petition filed in this court. A magistrate judge has informed me of my right to a preliminary hearing under Fed. R. Crim. P. 5, or to a preliminary hearing under Fed. R. Crim. P. 32.1.

I agree to waive my right to a preliminary hearing under Fed. R. Crim. P. 5 or Fed. R. Crim. P. 32.1.

Date: 5/29/09

_Defendant's signature_

_Signature of defendant's attorney_

Robert J. Corry Jr. CO#32705
_Printed name and bar number of defendant's attorney_

600 - 17th St. #2800 So. Twr. Denver CO 80202
_Address of defendant's attorney_

Robert.Corry@comcast.net
_E-mail address of defendant's attorney_

303-634-2244
_Telephone number of defendant's attorney_

720-379-3215
_FAX number of defendant's attorney_