IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 09-mj-01082

UNITED STATES OF AMERICA,

    Plaintiff,

v.

Fayin Deng,

    Defendant.

---

## RECEIPT FOR PASSPORT

---

Passport number 076115282, issued to Fayin Deng has been received by the office of the Clerk of the Court to be held while this case is pending.

DATED this 2 day of June, 2009

Gregory C. Langham, Clerk
By: /s/ 
Deputy Clerk

rev: 11/28/05