IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.    FAYIN DENG,
        a/k/a "Tom,"
2.    KELLY CHUONG, and
3.    LIAN H. XIAN,
        a/k/a "Wadseye,"

        Defendants.

INDICTMENT

CHARGING STATUTES

18 U.S.C. §2
21 U.S.C. §841(a)(1)
21 U.S.C. §841(b)(1)(A)(vii)
21 U.S.C. §841(b)(1)(C)
21 U.S.C. §846
21 U.S.C. §853(a)(1) and (2)

**COUNT ONE**

On or about and between June 30, 2006, and May 20, 2009, both dates being approximate and inclusive, within the State and District of Colorado and elsewhere, the defendants FAYIN DENG, a/k/a "Tom," KELLY CHUONG, and LIAN H. XIAN, and others both known and unknown to the grand jury, did knowingly and intentionally conspire to manufacture, distribute, and possess with the intent to distribute, 1000 or more marijuana

1

plants, all in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A)(vii) and 846.

## COUNT TWO

On or about February 15, 2008, within the State and District of Colorado, the defendants FAYIN DENG, a/k/a "Tom," and KELLY CHUONG, did knowingly and intentionally manufacture and possess with the intent to distribute more than 1,000 marijuana plants and did knowingly and intentionally aid, abet, counsel, command or procure the same.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(vii) and Title 18, United States Code, Section 2.

## COUNT THREE

On or about February 17, 2008, within the State and District of Colorado, the defendants FAYIN DENG, a/k/a "Tom," and KELLY CHUONG, did knowingly and intentionally manufacture and possess with the intent to distribute more than 1,000 marijuana plants and did knowingly and intentionally aid, abet, counsel, command or procure the same.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(vii) and Title 18, United States Code, Section 2.

## COUNT FOUR

On or about February 17, 2008, within the State and District of Colorado, the defendants FAYIN DENG, a/k/a "Tom," and KELLY CHUONG, did knowingly and intentionally manufacture and possess with the intent to distribute more than 1,000 marijuana plants and did knowingly and intentionally aid, abet, counsel, command or procure the same.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(vii) and Title 18, United States Code, Section 2.

## COUNT FIVE

On or about February 17, 2008, within the State and District of Colorado, the defendants FAYIN DENG, a/k/a "Tom," and KELLY CHUONG, did knowingly and intentionally manufacture and possess with the intent to distribute more than 1,000 marijuana plants and did knowingly and intentionally aid, abet, counsel, command or procure the same.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(vii) and Title 18, United States Code, Section 2.

## COUNT SIX

On or about May 20, 2009, within the State and District of Colorado, the defendants the defendants FAYIN DENG, a/k/a "Tom," and LIAN H. XIAN, did knowingly and intentionally

manufacture and possess with the intent to distribute less than 100 marijuana plants and did knowingly and intentionally aid, abet, counsel, command or procure the same.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C) and Title 18, United States Code, Section 2.

### COUNT SEVEN

### Forfeiture Allegation

The allegations contained in Counts One through Six of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of Title 21, United States Code, Section 853(a). Upon conviction of the violations alleged in Counts One through Six of this Indictment involving violations of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A)(vii), 841(b)(1)(A)(C), and 846, and Title 18, United States Code, Section 2, the defendants FEYIN DENG, KELLY CHUONG, and LIAN H. XIAN shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853(a) any and all of defendants' right, title, and interest in all property, real or personal, constituting or derived from, any proceeds defendants obtained, directly or indirectly, as the result of such violations, or any of the defendants' property used, or intended to be used, in any manner or part, to commit, or facilitate the commission of, such violations, included but not limited to

4

    a. $78,970 in United States Currency;

    b. $42,997.91 seized from First Bank Account #5711239244; and

    c. $118,900 in United States Currency.

If any of the property described in sub-paragraphs a-c above, as the result of any act or omission of the defendants:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of said defendants up to the value of the forfeitable property.

All in violation of Title 21, United States Code, Sections 853(a)(1), and (a)(2).

      A TRUE BILL:


      <u>Ink signature on file in Clerk's Office</u>
      Foreperson

5

DAVID M. GAOUETTE
Acting United States Attorney


By:   STEPHANIE PODOLAK


      s/STEPHANIE PODOLAK
      Assistant U.S. Attorney
      United States Attorney's Office
      1225 Seventeenth Street, Suite 700
      Denver, Colorado 80202
      Telephone: (303) 454-0100
      Fax: (303) 454-0403
      E-mail: Stephanie.Podolak@usdoj.gov
      Attorney for the Government