Date: June 22, 2009

DEFENDANT 2: Kelly Chuong

YEAR OF BIRTH:

ADDRESS: Thornton, Colorado

COMPLAINT FILED?     X      YES  _____ NO

    IF YES, PROVIDE MAGISTRATE CASE NUMBER:   09-mj-01082-MEH

HAS DEFENDANT BEEN ARRESTED ON COMPLAINT?   X   YES  ___  NO

OFFENSE:   Count One:  Title 21, United States Code, Section 841(a)(1) and (b)(1)(A)(vii) and 846 - conspiracy and possess with intent to manufacture or distribute 1000 or more marijuana plants.

          Counts Two, Three, Four and Five:  Title 21, United States Code, Section 841(a)(1) and (b)(1)(A)(vii); Title 18, United States Code, Section 2 - knowingly and intentionally manufacture and possess with the intent to distribute more than 1,000 marijuana plants and did knowingly and intentionally aid, abet, counsel, command or procure the same.

          Count Seven: Title 21, United States Code, Section 853- Forfeiture Allegation

LOCATION OF OFFENSE: Adams County, Colorado

PENALTY:   Count One:  NLT 10 years, NMT life in prison, $4 million fine, or both; NLT 5 years supervised release, $100 Special Assessment Fee.

          Counts Two, Three, Four and Five:  NLT 10 years, NMT life in prison, $4 million fine, or both; NLT 5 years supervised release, $100 Special Assessment Fee (each count).

          Count Seven: Forfeiture

AGENT:    Michael Marshall, Special Agent
          Drug Enforcement Administration

```
AUTHORIZED BY:     Stephanie Podolak
                   Assistant U.S. Attorney

ESTIMATED TIME OF TRIAL: Five days or less

THE GOVERNMENT will seek detention in this case.

OCDETF case: No
```