Date: June 22, 2009

DEFENDANT 3: Lian H. Xian

YEAR OF BIRTH: 1979

ADDRESS: Thornton, Colorado

COMPLAINT FILED?      X      YES  _____ NO

    IF YES, PROVIDE MAGISTRATE CASE NUMBER:  09-mj-01082-MEH

HAS DEFENDANT BEEN ARRESTED ON COMPLAINT?   X   YES   ___ NO

OFFENSE:   Count One:  Title 21, United States Code, Section 841(a)(1) and (b)(1)(A)(vii) and 846 - conspiracy and possess with intent to manufacture or distribute 1000 or more marijuana plants.

Count Six:  Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C) and Title 18, United States Code, Section 2 - knowingly and intentionally manufacture and possess with the intent to distribute less than 100 marijuana plants and did knowingly and intentionally aid, abet, counsel, command or procure the same.

Count Seven: Title 21, United States Code, Section 853- Forfeiture Allegation.

LOCATION OF OFFENSE:    Adams County, Colorado

PENALTY:   Count One:  NLT 10 years, NMT life in prison, $4 million fine, or both; NLT 5 years supervised release, $100 Special Assessment Fee.

Count Six:  NMT 20 years $1 million fine, or both; NLT 3 years supervised release, $100 Special Assessment Fee.

Count Seven: Forfeiture

AGENT:   Michael Marshall, Special Agent
Drug Enforcement Administration

AUTHORIZED BY:    Stephanie Podolak
Assistant U.S. Attorney

ESTIMATED TIME OF TRIAL: Five days or less

THE GOVERNMENT **will** seek detention in this case.

OCDETF case: No