UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| Boyd N. Boland | Laura Blunkall |
| United States Magistrate Judge | Deputy Clerk |
| Case Number: 09-cr-00279-JLK | FTR BNB AM |
| June 24, 2009 | |
| UNITED STATES OF AMERICA | Zeke Knox |
| v. | |
| FAYIN DENG | Abraham Hutt |
| KELLY CHUONG | Nancy Salamone |
| LIAN XIAN | Clifford Barnard |

Interpreter Ronita Hajn for Lian Xian

### ARRAIGNMENT AND DISCOVERY HEARING

Court in Session: 10:27 am

Interpreter sworn.

Court calls case and appearances of counsel.

Defendants waive further reading and advisement.

Defendants enter pleas of NOT GUILTY.

Discovery memorandums tendered to the court.

Speedy trial as to all defendants:
30: 7/22/2009
70: 8/31/2009
90: NA

Counsel to chambers.

**ORDERED:** Defendants continued on bond.

Court in recess: 10:33 am

Total Time: 6 minutes

Hearing concluded.