IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 09-CR-00279-JLK

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.     FAYIN DENG,
      a/k/a "Tom,"
2.     KELLY CHUONG, and
3.     LIAN H. XIAN,
      a/k/a "Wadseye,"

      Defendants.

---

**ENTRY OF APPEARANCE AND
REQUEST FOR NOTICES**

---

      COMES NOW James S. Russell, Assistant United States Attorney, and enters his appearance as additional forfeiture counsel for the Plaintiff in the above-captioned action and requests that he be served with copies of all notices and pleadings in this case.

      DATED this 8th day of July, 2009.

      DAVID M. GAOUETTE
      Acting United States Attorney

      s/ James S. Russell
      James s. Russell
      Assistant United States Attorney
      1225 Seventeenth Street, Suite 700
      Denver, Colorado  80202
      Telephone:(303) 454-0210
      Fax: (303) 454-0402
      james.russell2@usdoj.gov
      Additional Counsel for Plaintiff

**CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the foregoing ENTRY OF APPEARANCE AND REQUEST FOR NOTICES has been e-mailed via ECF filing system this 8th day of July, addressed to all counsel of record.

                                                    s/ Donna Seago
                                                    Office of United States Attorney