IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 09-CR-00279-JLK

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.     FAYIN DENG,
      a/k/a "Ton,"
2.     KELLY CHUONG, and
3.     LIAN H. XIAN,
      a/k/a "Wadseye,"

        Defendants.

___

## ORDER
___

This matter comes before the Court on the motion of the United States for an Order authorizing the Government and its agencies to maintain custody of certain property pending the conclusion of the pending criminal case.

WHERE AS, the property in question includes the following assets:

    a. $78,970.00 in United States currency;

    b. $42,997.91 seized from First Bank Account #5711239244; and

    c. $118,900.00 in United States currency; and

WHEREAS, the seized assets are already in the lawful custody of the Government; and

WHEREAS, the Government has represented to the Court that it will maintain and preserve the seized assets throughout the pending criminal case so that they will be available for forfeiture; and

WHEREAS, 18 U.S.C. § 983(a)(3)(B)(ii)(II), which is applicable to this case, requires that the Government, in order to maintain custody of property for the purpose of criminal forfeiture must take steps to preserve the property under 21 U.S.C. § 853; and

WHEREAS, Section 853(e)(1) authorizes the Court to take any action necessary to preserve the availability of property,

IT IS HEREBY ORDERED, that the United States and its agencies, including the Drug Enforcement Administration and/or the United States Marshals Service, are authorized to maintain and preserve the seized assets until the conclusion of the instant criminal case, pending further Order of this Court,

AND IT IS FURTHER ORDERED, that this Order satisfies the requirements described in 18 U.S.C. § 983(a)(3)(B)(ii)(II).

So ordered this _____ day of _____, 2009

_____
JOHN L. KANE
Senior Judge