IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 09-cr-00279-JLK

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.     FAYIN DENG,
       a/k/a "Ton,"
2.     KELLY CHUONG, and
3.     LIAN H. XIAN,
      a/k/a "Wadseye,"

        Defendants.

---

## ORDER

---

      This matter comes before the Court on the motion of the United States for an Order authorizing the Government and its agencies to maintain custody of certain property pending the conclusion of the pending criminal case.

      WHERE AS, the property in question includes the following assets:

        a. $78,970.00 in United States currency;

        b. $42,997.91 seized from First Bank Account #5711239244; and

        c.  $118,900.00 in United States currency; and

      WHEREAS, the seized assets are already in the lawful custody of the Government; and

      WHEREAS, the Government has represented to the Court that it will maintain and preserve the seized assets throughout the pending criminal case so that they will be available for forfeiture; and

      WHEREAS, 18 U.S.C. § 983(a)(3)(B)(ii)(II), which is applicable to this case, requires

that the Government, in order to maintain custody of property for the purpose of criminal

forfeiture must take steps to preserve the property under 21 U.S.C. § 853; and

WHEREAS, Section 853(e)(1) authorizes the Court to take any action necessary to

preserve the availability of property,

IT IS HEREBY ORDERED, that the United States and its agencies, including the Drug

Enforcement Administration and/or the United States Marshals Service, are authorized to

maintain and preserve the seized assets until the conclusion of the instant criminal case, pending

further Order of this Court,

AND IT IS FURTHER ORDERED, that this Order satisfies the requirements described

in 18 U.S.C. § 983(a)(3)(B)(ii)(II).

So ordered this 10th day of July, 2009

*S/John L. Kane*
JOHN L. KANE, SENIOR JUDGE
UNITED STATES DISTRICT COURT