```
              IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF COLORADO
```

Criminal Case No.   09-cr-00279-JLK

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.   FAYIN DENG,
    a/k/a "Tom,"
2.   KELLY CHUONG, and
3.   LIAN H. XIAN,
    a/k/a "Wadseye,"

        Defendants.

---

ORDER GRANTING A CONTINUANCE OF
THE MOTIONS FILING DATE, THE TRIAL DATE, AND
FOR AN ENDS OF JUSTICE FINDING OF COMPLEXITY
AND 90 DAYS OF EXCLUDABLE TIME PURSUANT TO
TITLE 18, U.S.C. §3161(h)(7)(A) AND (h)(7)(B)(ii) AND (iv)

---

The Court, having reviewed the Governments Unopposed Motion for a Continuance of the Motions Filing Date, the Trial Date, and for an Ends of Justice Finding of Complexity and 90 Days of Excludable Time Pursuant to Title 18, U.S.C. §3161(h)(7)(A) and (B)(ii) and (iv), and finding good cause contained therein, hereby makes the below stated findings and orders as follows:

The Court finds that, under Title 18 U.S.C. § 3161(h)(7)(A) and (B)(ii), this case is "unusual or complex due to the number of defendants, the nature of the prosecution, and the existence of novel questions of fact." Therefore, the Court finds that it is unreasonable to expect adequate preparation for

1

pretrial proceedings or for the trial itself within the [70 day] time limits established by this section."

As a basis for this finding, the Court notes that this case is connected to and part of a multi-defendant investigation and prosecution involving a large scale, sophisticated, Asian, indoor marijuana grow conspiracy.  In addition, this larger investigation involved the use of informants, foreign language wiretaps, almost daily surveillances, pen registers, trap and trace information, the execution of search warrants and the taking of post-arrest statements from numerous members of the organization.  Moreover, the government estimates that the discovery for this portion of the case is approximately 2,000 pages.

The Court further finds that, pursuant to Title 18, U.S.C., Section 3161(h)(7)(A), and for the reasons stated above, the ends of justice are served by granting the continuance and that the need for the continuance outweighs the best interest of the public and the defendant in a speedy trial.

Wherefor, it is ORDERED as follows:

(1) pursuant to Title 18 U.S.C. § 3161(h)(7)(A) and (B)(ii) and (iv), the Court hereby grants a continuance of the motions filing date, the trial date, and excludes a period of 90 days from the Speedy Trial clock which would reset the Speedy Trial deadline to November 30, 2009.

(2)   The pre-trial conference hearing, currently scheduled for August 14, 2009, at 4:00 p.m., will be changed to a status conference at which time the Court will schedule the a new motions date and trial date.

SO ORDERED THIS _____ Day of July, 2009.

_____
HON. JOHN L. KANE
SENIOR UNITED STATED DISTRICT JUDGE
DISTRICT OF COLORADO