**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Action No.  09 CR 00279

UNITED STATES OF AMERICA,

      Plaintiff,

v.

FAYIN DENG, a/k/a Tom

      Defendant.

---

**ENTRY OF APPEARANCE OF COUNSEL FOR DEFENDANT**

---

      COMES NOW the undersigned, a member of the bar of this Court, and herewith enters an appearance as counsel for the above-named Defendant.

      DATED at Denver, Colorado this,  17th  day of July ,2009 .

      /s/ Abraham V Hutt
      The Law Firm of Abraham Hutt
      Abraham V Hutt
      14137
      1127 Auraria Parkway, Suite 201
      Denver, Colorado   80204
      (303) 893-0881

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the forgoing was served this  17th  day of July, 2009 upon:

United States Attorney's Office
1225 Seventeenth Street, Suite 700
Denver, CO  80202


Leni Charles, Legal Assistant