IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Criminal Action No. **09-cr-279-JLK**

**UNITED STATES OF AMERICA,**

        Plaintiff,

v.

1. **FAYIN DENG,**
2. **KELLY CHUONG,**
3. **LIAN H. XIAN,**

        Defendants.

---

**MINUTE ORDER**
*Changing Time of Status Conference*

---

Judge John L. Kane **ORDERS**

The time of the Status Conference set for August 14, 2009, is changed from 4:00 p.m. to **3:00 p.m.**

---

Dated:  August 4, 2009