IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Criminal Action No. **09-cr-279-JLK**

**UNITED STATES OF AMERICA,**

        Plaintiff,

v.

1. **FAYIN DENG,**
2. **KELLY CHUONG,**
3. **LIAN H. XIAN,**

        Defendants.

## MINUTE ORDER

Judge John L. Kane **ORDERS**

The Status Conference set for August 14, 2009, is **VACATED AND RESET** for **August 21, 2009 at 2:00 p.m.** in Courtroom A802, Alfred A. Arraj U.S. Courthouse, 901 19th Street.

Dated:  August 11, 2009