IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. **09-cr-279-JLK**

**UNITED STATES OF AMERICA,**

        Plaintiff,

v.

1.    **FAYIN DENG,**
2.    **KELLY CHUONG,**
3.    **LIAN H. XIAN,**

        Defendants.

_____

**ORDER**
_____

This matter is before the Court on the Unopposed Motion to Continue and Reset Status Conference and for 30 Additional Days of Excludable Time (doc. #45), filed August 19, 2009. The motion is **GRANTED**. The Court finds that, pursuant to Title 18, U.S.C., Section 3161(h)(7)(A), and for the reasons stated in the motion, the ends of justice are served by granting the continuance and that the need for the continuance outweighs the best interest of the public and the defendants in a speedy trial. Pursuant to Title 18 U.S.C. § 3161(h)(7)(A) and (B)(ii) and (iv), the Court hereby grants a continuance of Status Conference and excludes an additional 30 days from the Speedy Trial clock. The August 14, 2009 Status Conference is **VACATED AND RESET** for all defendants to **September 17, 2009 at 3:00 p.m.** in Courtroom A802, Alfred A. Arraj U.S. Courthouse, 901 19th Street.

Dated :  August 19, 2009

                                                   ***S/John L. Kane***
                                                   JOHN L. KANE, SENIOR JUDGE
                                                   UNITED STATES DISTRICT COURT