**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge John L. Kane**

Date:  September 17, 2009                    Deputy Clerk: Bernique Abiakam
                                             Court Reporter: Kara Spitler
                                             Interpreter: Rose Yan

Criminal Action No.: 09-cr-00279-JLK

UNITED STATES OF AMERICA,                    Stephanie Podolak

        Plaintiff,

v.

1.    FAYIN DENG,                         Abraham V. Hutt
2.    KELLY CHUONG                        Nancy W. Salomone
3.    LIAN H. XIAN                        Clifford J. Barnard

        Defendants.

## COURTROOM MINUTES

**Status Conference and Trial Setting Conference**

**3:04 p.m.     Court in session.**

Court calls case.  Defendants present on bond and counsel present.

Discussion regarding status of the case.

**ORDERED:  The Government's Oral Motion To Continue The Case is GRANTED.**

**ORDERED:  Having made ends of justice findings, in addition to time already excluded, an additional 30 days shall be excluded from the speedy trial calculation.**

**ORDERED:  A further Status Conference is set on November 10, 2009 at 9:00 a.m.**

Counsel shall notify Chambers if there is a disposition in advance of the next hearing.

**ORDERED:  Bond is continued on all defendants.**

**3:16 p.m.     Court in recess.**
Hearing concluded.
Time in court - 00:12