# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### SENIOR JUDGE JOHN L. KANE

**Date:   November 10, 2009**                 Courtroom Deputy: Ginny Kramer
                                              Court Reporter: Kara Spitler
**Criminal Case No.  09-cr-00279-JLK**        Interpreter: Rose Yan

UNITED STATES OF AMERICA,                      Stephanie Podolak

    Plaintiff,

v.

FAYIN DENG                                    Abraham V. Hutt
KELLY CHUONG                                  Nancy Salomone
LIAN H. XIAN,                                 Clifford Barnard

    Defendants.

---

## COURTROOM MINUTES

---

**Hearing :   Status Conference**

**9:10 a.m.     Court in session.**

The Defendants are present in court, on bond.

Statements to the Court by Ms. Podolak for the Government, as to the status of the case.

Statements to the Court by Mr. Hutt, for defendant Fayin Deng.

Statements to the Court by Mr. Barnard, for defendant Lian H. Xian.

Statements to the Court by Ms. Salomone, for defendant Kelly Chuong.

**It was ORDERED:**

    1.     A Status/Change of Plea Hearing is scheduled for December 18, 2009, at 10:00 a.m.

**9:20  a.m.     Court in recess.**

Hearing concluded.

Total in-court time:   **00:10 minutes**