**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Criminal Action No.  09 CR 00279

UNITED STATES OF AMERICA,

      Plaintiff,

v.

FAYIN DENG, a/k/a Tom

      Defendant.

---

**FAYIN DENG'S NOTICE OF DISPOSITION AND REQUEST TO VACATE STATUS CONFERENCE**

---

      Fayin Deng, through counsel, Abraham V Hutt, gives notice to the Court that he and the government have reached a disposition to propose to the Court in this matter.  The disposition will involve a change of plea and Fayin Deng therefore requests that the status conference presently scheduled for Friday, December 18, 2009 at 10:00 a.m. be vacated and the matter set for a change of plea hearing convenient to the Court and the parties.

      DATED at Denver, Colorado this,  16th  day of  December  ,2009  .

      s/ Abraham V Hutt
      The Law Firm of Abraham Hutt
      Abraham V Hutt
      14137
      1127 Auraria Parkway, Suite 201
      Denver, Colorado   80204
      (303) 893-0881

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the forgoing was served this  16th  day of December, 2009 by ECF upon:

Stephanie Podolak
United States Attorney's Office
Stephanie.podolak@usdoj.gov

James Russell
United States Attorney's Office
James.russell2@usdoj.gov

Nancy Salomone
nsalomone@laszlolaw.com

Robert J. Corry, Jr.
Robert.corry@comcast.net

Clifford J. Barnard
cliffbarnard@earthlink.net


                                                Leni Charles, Legal Asst.