IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Criminal Action No. **09-cr-279-JLK**

**UNITED STATES OF AMERICA,**

          Plaintiff,

v.

**1.    FAYIN DENG,**

          Defendant.

---

### MINUTE ORDER SETTING CHANGE OF PLEA HEARING

---

Judge John L. Kane **ORDERS**

This matter is before the court on Defendant's Notice of Disposition and Request to Vacate Status Conference (doc. #53), filed December 16, 2009.  The Status Conference/Change of Plea Hearing set for December 18, 2009, is **VACATED**.  It is

**ORDERED** that a **Change of Plea Hearing** is set for **January 29, 2010 at 11:00 a.m.** in Courtroom A802, Alfred A. Arraj U.S. Courthouse, 901 19th Street. Counsel shall submit copies of the "Statement in Advance of Change of Plea" and "Plea Agreement" to Judge Kane's Chambers and to the Probation Department no later than noon on January 27, 2010.  The original and one copy of these documents, and translations, should be delivered to the courtroom deputy at the time of the hearing.

---

Dated:  December 17, 2009