**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Criminal Action No.  09 CR 00279

UNITED STATES OF AMERICA,

      Plaintiff,

v.

FAYIN DENG, a/k/a Tom

      Defendant.

---

**UNOPPOSED MOTION TO CONTINUE CHANGE OF PLEA HEARING**

---

      Fayin Deng requests the Court to continue the change of plea hearing in this case and to extend the deadline for filing of the plea agreement on the following grounds:

      1.      Counsel for Mr. Deng, counsel for his co-defendant and wife Kelly Chuong, and counsel for the government are all working together to complete disposition of this case.  Because Mr. Deng and Ms. Chuong are married, have children together, and own a business together there are collateral consequences to their pleas which complicate the process and require further time to resolve.  In addition, defense counsel and the prosecutor continue to be engaged in refinements to the language of the plea agreements.  For these reasons and because the government desires to keep both Ms. Chuong's and Mr. Deng's cases on the same time track, due to the requirements of their plea agreements, the parties are all requesting this change in scheduling.

      2.      Stephanie Podolak, counsel for the United States, and Nancy Salomone, counsel for Ms. Chuong have both authorized counsel to state that they agree with this request.

      3.      The parties are all requesting that the Court vacate the change of plea hearing scheduled for Mr. Deng on January 29, 2010 and use the February 5, 2010 date scheduled for Ms. Chuong's change of plea as a date for a status conference on both individuals.

DATED at Denver, Colorado this,  26th  day of  January ,2010 .

/s/ Abraham V Hutt
The Law Firm of Abraham Hutt
Abraham V Hutt
14137
1127 Auraria Parkway, Suite 201
Denver, Colorado   80204
(303) 893-0881

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the forgoing was served via ECF this  26th day of January, 2010 upon:

Stephanie Podolak
United States Attorney's Office
Stephanie.podolak@usdoj.gov

James Russell
United States Attorney's Office
James.russell2@usdoj.gov

Nancy Salomone
nsalomone@laszlolaw.com

Clifford J. Barnard
cliffbarnard@earthlink.net


Leni Charles, Legal Assistant