IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Criminal Action No. **09-cr-279-JLK**

**UNITED STATES OF AMERICA,**

        Plaintiff,

v.

**1.**     **FAYIN DENG,**
2.     KELLY CHUONG,

        Defendant.

## MINUTE ORDER

Judge John L. Kane **ORDERS**

The Unopposed Motion to Continue Change of Plea Hearing (doc. #61), filed January 26, 2010, is **GRANTED**. The Change of Plea Hearing set for January 29, 2010, is **VACATED AND RESET** as a **Status Conference** for **February 5, 2010 at 2:00 p.m.** in Courtroom A802, Alfred A. Arraj U.S. Courthouse, 901 19th Street. The matter is converted to a Status Conference for this defendant as well as Defendant Kelly Chuong, who is set for Change of Plea on that same time and date.

Dated:  January 27, 2010