IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge John L. Kane

| | |
|---|---|
| Courtroom Deputy: LaDonne Bush | Date: February 5, 2010 |
| Court Reporter: Kara Spitler | |

Criminal Action No. 09-cr-00279-JLK

| *Parties:* | *Counsel:* |
|---|---|
| UNITED STATES OF AMERICA, | Stephanie Podolak |
|     Plaintiff, | |
| v. | |
| 1.  FAYIN DENG, | Abraham Hutt |
| 2.  KELLY CHOUNG, | Nancy W. Salomone |
|     Defendants. | |

## COURTROOM MINUTES

Status Conference

2:02 p.m      Court in session.

Defendants are present and on bond.

Statement by Mr. Hutt.

Discussion regarding status.

**ORDERED**:  Change of plea hearing is set April 1, 2010, at 2:00 p.m.  Bond is continued.

2:11 p.m.     Court in recess.

Hearing concluded.
Time: 00:09