IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 09-cr-279-JLK

UNITED STATES OF AMERICA,

       Plaintiff,

v.

1.    FAYIN DENG,
      a/k/a "Tom,"
2.    KELLY CHUONG,

       Defendants.

---

MOTION TO CONTINUE CHANGE OF PLEA HEARING

---

    NOW COMES THE UNITED STATES OF AMERICA, DAVID M. GAOUETTE, UNITED STATES ATTORNEY FOR THE DISTRICT OF COLORADO, by Stephanie Podolak, Assistant United States Attorney, and files this motion requesting that the Court continue the Change of Plea hearing for the defendants FAYIN DENG and KELLY CHOUNG. The Change of Plea Hearing is currently set for April 1, 2010, at 1:00 p.m. As grounds for this motion the government states as follows.

    1.    The defendants have filed Notices of Disposition and are prepared to enter guilty pleas. At the last hearing, the Court set April 1, 2010, for the Change of Plea Hearing and this date was acceptable to all counsel.

2. Unfortunately, after this date was set, Chief Judge Wiley Daniel set a suppression hearing for the same time in *United States v. Hicks*, 07-cr-184, and this suppression hearing has been continued a number of times. The hearing in the Hicks case has been difficult to schedule as Hicks also has a pending murder case in Denver District Court which is set to go in early May, 2010.

3. Due to the complexity and issues in the both cases, the undersigned government counsel does not believe it is appropriate to ask another AUSA to substitute at either hearing.

4. Therefore, the government would ask the Change of Plea Hearing be vacated in this case and reset. The government notes that undersigned counsel would be available any time during the morning of April 1, 2010, if that met with the Court and defense counsel's schedule.

5. The government did leave email messages for defense counsel on this request but has not yet received a response on their position.

//
//
//

WHEREFORE, the government respectfully requests that the Court postpone the Change of Plea Date for the defendants FAYIN DENG and KELLY CHOUNG.

                RESPECTFULLY SUBMITTED:

                DAVID M. GAOUETTE
                UNITED STATES ATTORNEY
                DISTRICT OF COLORADO

        By:  s/<u>Stephanie Podolak</u>
             Stephanie Podolak
             Assistant United States Attorney
             U.S. Attorney's Office
             1225 17th Street, Suite 700
             Denver, CO. 80202
             Telephone (303) 454-0309
             Fax (303) 454-0401
             <u>Stephanie.podolak@usdoj.gov</u>
             Attorney For Government

**CERTIFICATE OF SERVICE**

    I hereby certify that on this 19th day of March, 2010, I electronically filed the foregoing MOTION TO CONTINUE CHANGE OF PLEA HEARING with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Robert J. Corry, Jr.,  
representing Fayin Deng (1)  
robert.corry@comcast.net

Abraham Hutt  
Representeing Fayin Deng (1)  
abe@abehutt.com

Nancy Salomone  
representing Kelly Chuong (2)  
nsalomone@laszlolaw.com

                      s/ Diana Brown  
                      DIANA BROWN, Legal Assistant  
                      United States Attorney's Office  
                      1225 Seventeenth Street, Suite 700  
                      Denver, Colorado 80202  
                      Telephone: (303) 454-0100  
                      FAX: (303) 454-0401  
                      E-mail: Diana.Brown@usdoj.gov