IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 09-cr-279-JLK

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1. FAYIN DENG,
   a/k/a "Tom,"
2. KELLY CHUONG,

        Defendants.

**ORDER**

Upon motion of the United States of America and for good cause shown, the government's Motion To Change of Plea Hearing is hereby granted. The hearing is hereby continued to the morning of April 1, 2010 at a time convenient to the Court.

IT IS SO ORDERED on this _____ day of _____, 2010.

                                  JOHN L. KANE, SENIOR JUDGE
                                  UNITED STATES DISTRICT COURT
                                  DISTRICT OF COLORADO