**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Criminal Action No.  09 CR 00279

UNITED STATES OF AMERICA,

      Plaintiff,

v.

FAYIN DENG, a/k/a Tom

      Defendant.

---

**FAYIN DENG'S RESPONSE TO GOVERNMENT'S MOTION TO CONTINUE CHANGE OF PLEA HEARING**

---

      Fayin Deng, through counsel, Abraham V Hutt, has no objection to the Government's Motion to Continue Change of Plea Hearing and requests the hearing be reset for a date acceptable to all parties.

      DATED at Denver, Colorado this,  22nd  day of  March ,2010 .

                              s/ Abraham V Hutt
                              The Law Firm of Abraham Hutt
                              Abraham V Hutt
                              14137
                              1127 Auraria Parkway, Suite 201
                              Denver, Colorado   80204
                              (303) 893-0881

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the forgoing was served this _22nd_ day of March, 2010 by ECF upon:

Stephanie Podolak
United States Attorney's Office
Stephanie.podolak@usdoj.gov

James Russell
United States Attorney's Office
James.russell2@usdoj.gov

Nancy Salomone
nsalomone@laszlolaw.com

Leni Charles, Legal Asst. _____