IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Criminal Action No. **09-cr-279-JLK**

**UNITED STATES OF AMERICA,**

        Plaintiff,

v.

1. **FAYIN DENG,**
2. **KELLY CHUONG,**

        Defendants.

---

## MINUTE ORDER

Judge John L. Kane **ORDERS**

The Motion to Continue Change of Plea Hearing (doc. #67), filed March 19, 2010, is **GRANTED**. The Change of Plea Hearing set for April 1, 2010 for Defendants Fayin Deng and Kelly Chuoug, is **VACATED AND RESET** for **April 22, 2010 at 2:00 p.m.** in Courtroom A802, Alfred A. Arraj U.S. Courthouse, 901 19th Street.

Dated: March 22, 2010