### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLORADO
### Senior Judge John L. Kane

Date: April 29, 2010　　　　　　　　　　Courtroom Deputy: Bernique Abiakam
Probation: Caryl Ricca　　　　　　　　　Court Reporter: Janet Coppock

---

Criminal Action No.: 09-cr-00279-JLK-1  *(Simultaneously held with 09-cr-00279-JLK-2)*

*Parties:*　　　　　　　　　　　　　　　*Counsel:*

UNITED STATES OF AMERICA,　　　　　　Stephanie Podolak

　　　Plaintiff,

v.

1.　　FAYIN DENG,　　　　　　　　　　Abraham Hutt

　　　Defendant.

---

## CHANGE OF PLEA MINUTES

---

**9:11 a.m.　　Court in session**.

Court calls case.  Defendant present on bond.

Defendant answers questions asked by the Court.

**EXHIBITS:**  Court Exhibit 1 - Plea Agreement;  Court Exhibit 2 - Statement by Defendant in Advance of Plea of Guilty.

Defendant advised of the maximum penalties.

Defendant's right to trial to jury and other constitutional rights are explained.

Indictment read to defendant.

**Defendant pleads guilty to Count One of the Indictment and admits the forfeiture allegation contained in Count Seven.**

The Court **accept**s the plea of guilty.

**ORDERED:**  Probation department shall conduct a presentence investigation and submit a presentence report as required by Fed.R.Crim.P.32.

*09-cr-00279-JLK-1*
*Change of Plea*
*April 29, 2010*

**ORDERED:  Sentencing is set for July 9, 2010 at 10:00 a.m.**

**ORDERED**:  Bond is continued.

**9:47 a.m.    Court in recess.**
**Hearing concluded**.
Total in-court time: 18 minutes.

2