IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 09-cr-00279-JLK

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.     FAYIN DENG,
2.     KELLY CHUONG,

    Defendants.

_____

### NOTICE OF ENTRY OF APPEARANCE BY THE GOVERNMENT
_____

    Plaintiff United States of America (hereinafter "Government"), hereby gives notice that Assistant United States Attorney James S. Russell enters his appearance in this matter.

Dated: May 7, 2010.

    Respectfully submitted,

    DAVID M. GAOUETTE
    UNITED STATES ATTORNEY

    s/:James S. Russell
    James S. Russell
    Assistant United States Attorney
    1225 17th Street, Suite 700
    Denver, CO 80202
    (303) 454-0100
    (303) 454-0402 (facsimile)
    E-Mail: james.russell2@usdoj.gov

## CERTIFICATE OF SERVICE (CM/ECF)

I hereby certify on this 7th day of May, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Abraham V. Hutt
abe@abehutt.com
Attorney for Fayin Deng

Nancy Salomone
nslomone@laszlolaw.com
Attorney for Kelly Chuong

                                                   s/ Donna Seago
                                                   FSA Data Analyst
                                                   Office of the United States Attorney