IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 09-cr-00279-JLK

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.      FAYIN DENG,
2.      KELLY CHUONG,

        Defendants.

_____

**UNITED STATES MOTION FOR PRELIMINARY ORDER OF FORFEITURE**
_____

COMES NOW the United States of America, by and through Assistant United States James S. Russell, and pursuant to 18 U.S.C. §982(a)(1) and Rule 32(d)(2) of the Federal Rules of Criminal Procedure, moves this Court to enter a Preliminary Order of Forfeiture in this case forfeiting to the United States the defendant's interest in the following property, and directing the United States Marshals Service or its designated sub-custodian to seize the property subject to forfeiture:

    (a)    $78,970.00 in United States currency;

    (b)    $42,997.91 seized from First Bank Account # 5711239244; and

    (c)    $118,900.00 in United States currency.

In support, Plaintiff states:

    1.    On or about April 29, 2010, the United States and defendants Fayin Deng and Kelly Chuong entered into a Plea Agreement and Stipulation of Facts (Document #s 79 and 82).

The Plea Agreement provides, <u>inter alia</u>, that the defendants agrees to plead guilty to Count 1 of the Indictment, conspiracy to manufacture, distribute, and possess with the intent to distribute 1000 or more marijuana plants in violation of 21 U.S.C. §§§ 841(a)(1) and 841(b)(1)(A)(vii) and 846, and further to forfeit the above-described property to the United States pursuant to 21 U.S.C. §853.

2.  A Preliminary Order of Forfeiture is necessary in order for the United States Marshals Service to seize the property subject to forfeiture. In addition, 21 U.S.C. §853(n) requires that third parties who may have an interest in the property receive notice, via publication, or to the extent practical, direct written notice, of the forfeiture and the United States' intent to dispose of the property. The United States cannot effect the arrest, notice, and publication without an order of forfeiture.

3.  The facts as set forth in the Information provide an ample basis for an order of forfeiture in accordance with 21 U.S.C. §853.

WHEREFORE, the United States moves this Court to enter the Preliminary Order of Forfeiture tendered herewith, for the reasons set forth above.

Dated this 7th day of May, 2010.

DAVID M. GAOUETTE
United States Attorney

By: s/ James S. Russell
James S. Russell
Assistant United States Attorney
1225 17th Street, Suite 700
Denver, Colorado 80202
Telephone: (303) 454-0100
FAX: (303) 454-0402
E-mail: james.russell2@usdoj.gov
Attorney for Plaintiff

CERTIFICATE OF SERVICE (CM/ECF)

I hereby certify that on this 7th day of May, 2010, the foregoing MOTION FOR PRELIMINARY ORDER OF FORFEITURE was electronically filed with the Clerk of Court using the ECF system which will send notification of such filing to the following e-mail address:

Abraham V. Hutt
abe@abehutt.com
Attorney for Fayin Deng

Nancy Salomone
nslomone@laszlolaw.com
Attorney for Kelly Chuong

        s/ Donna Seago
        FSA Data Analyst
        Office of the United States Attorney