| U.S. Department of Justice<br>United States Marshals Service | PROCESS RECEIPT AND RETURN<br>*See Instructions for "Service of Process by the U.S. Marshal"*<br>*on the reverse of this form.* |
|---|---|

| PLAINTIFF<br>United States of America | COURT CASE NUMBER<br>09-cv-00279-JLK #2 ✓ |
|---|---|
| DEFENDANT<br>US v. Fayin Deng | TYPE OF PROCESS<br>EXECUTE PRELIM ORDER |

| SERVE ➤ | NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN<br>$42,997.91 SEIZED FROM FIRST BANK |
|---|---|
| AT | ADDRESS (*Street or RFD, Apartment No., City, State and ZIP Code*) |

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

United States Attorney's Office
ATTN: Asset Forfeiture Unit
1225 17th Street, Suite 700
Denver, Colorado 80202

Number of process to be served with this Form - 285: 1
Number of parties to be served in this case:
Check for service on U.S.A.

RECEIVED 2010 MAY 21 AM 11:27

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (*Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service*):

Execute attached Preliminary Order of Forfeiture

CATS ID# 08-DEA-497152

Signature of Attorney or other Originator requesting service on behalf of: ☐ PLAINTIFF ☐ DEFENDANT

TELEPHONE NUMBER: 303-454-0251
DATE: 05/19/10

---

### SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (*Sign only first USM 285 if more than one USM 285 is submitted*) | Total Process<br>1 | District of Origin No.<br>13 | District to Serve No.<br>13 | Signature of Authorized USMS Deputy or Clerk<br>Pam Elarton | Date<br>5-21-10 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (*See remarks below*)

Name and title of individual served (*if not shown above*): 
☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (*complete only if different than shown above*):

Date of Service: 5-25-10    Time: 9:30 am
Signature of U.S. Marshal or Deputy: Ron Kupinski(?)

| Service Fee | Total Mileage Charges (*including endeavors*) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|

REMARKS: transferred to judicial case 09-CV-279-JLK

PRIOR EDITIONS MAY BE USED                                FORM USM-285

☐ CLERK OF COURT   ☐ USMS RECORD   ☐ NOTICE OF SERVICE   ☐ BILLING STATEMENT   ☐ ACKNOWLEDGMENT OF RECEIPT