| U.S. Department of Justice | PROCESS RECEIPT AND RETURN |
|---|---|
| United States Marshals Service | *See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.* |

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| United States of America | 09-cv-00279-JLK #1 ✓ |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| US v. Fayin Deng | EXECUTE PRELIM ORDER |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

$118,900.00 IN US CURRENCY

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

**AT**

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

United States Attorney's Office
ATTN: Asset Forfeiture Unit
1225 17th Street, Suite 700
Denver, Colorado 80202

Number of process to be served with this Form - 285: 1
Number of parties to be served in this case:
Check for service on U.S.A.

RECEIVED 2010 MAY 21 A 11:27

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Execute attached Preliminary Order of Forfeiture

CATS ID# 08-DEA-496708

Signature of Attorney or other Originator requesting service on behalf of: ☐ PLAINTIFF ☐ DEFENDANT
TELEPHONE NUMBER: 303-454-0251
DATE: 05/19/10

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | 13 | 13 | Pam Elarton | 5-21-10 |

Date of Service: 5-25-10   Time: 9:30 am

Signature of U.S. Marshal or Deputy: Ron Kapinski

REMARKS: transfered to judicial case 09-CV-279-JLK

PRIOR EDITIONS MAY BE USED                FORM USM-285

☐ CLERK OF COURT  ☐ USMS RECORD  ☐ NOTICE OF SERVICE  ☐ BILLING STATEMENT  ☐ ACKNOWLEDGMENT OF RECEIPT