IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Criminal Action No. **09-cr-279-JLK**

**UNITED STATES OF AMERICA,**

        Plaintiff,

v.

**1.**    **FAYIN DENG,**

        Defendant.

## MINUTE ORDER

Judge John L. Kane **ORDERS**

    The Sentencing Hearing set for July 9, 2010, is **VACATED AND RESET** for **July 13, 2010 at 9:00 a.m.** in Courtroom A802, Alfred A. Arraj U.S. Courthouse, 901 19th Street.

Dated: June 30, 2010