IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.   09-cr-00279-JLK

UNITED STATES OF AMERICA,

     Plaintiff,

v.

1.  FAYIN DENG,
    a/k/a "Tom,"

     Defendant.

---

GOVERNMENT'S MOTION FOR SENTENCE REDUCTION PURSUANT TO
TITLE 18, UNITED STATES CODE, SECTION 3553(e) AND
SECTION 5K1.1. OF THE SENTENCING GUIDELINES

---

NOW COMES THE UNITED STATES OF AMERICA, DAVID M. GAOUETTE, UNITED STATES ATTORNEY FOR THE DISTRICT OF COLORADO, by Stephanie Podolak, Assistant United States Attorney, and files this motion for a sentence reduction for the defendant FAYIN DENG.  This motion is made pursuant to Title 18, United States Code, Section 3553(e) and Section 5K1.1 of the sentencing guidelines.  Sentencing is currently scheduled for July 13, 2010, at 9:00 a.m.  As grounds for this motion, the government states as follows.

A.   Defendant's Role In The Criminal Activity

     1.  As set forth in the Pre-Sentence Report, the defendant was an organizer/leader of a large-scale indoor marijuana cultivation and distribution organization which operated in Thornton, Colorado, and surrounding areas.  The defendant's offense involved approximately 6,470 marijuana plants.  In addition, eight

1

separate properties were connected to the defendant and/or his wife, co-defendant KELLY CHUONG. Six of those properties were confirmed to have been used to manufacture and cultivate the plants. In addition, the defendant was personally involved in the sale of the cultivated marijuana as well as the laundering of and hiding of proceeds obtained from the drug transactions.

B.   Nature and Timing of Defendant's Cooperation

2.   On February 16, 2008, law enforcement officers were monitoring a wiretap on telephones associated with members of the defendant's marijuana grow operation. The intercepted communications revealed that the defendant and others in the conspiracy were planning to dismantle their operations because they believed that the police were about to take action against them.

3.   Later that same day, law enforcement officers approached FAYIN DENG's residence located at 12155 Adams Street Thornton, Colorado. Once inside the residence, SA Michael Marshall, Detective Brandon Garcia and Sgt. Dante Carbone spoke with both FAYIN DENG and KELLY CHUONG and advised them of their Miranda warnings. Both DENG and CHUONG immediately agreed to cooperate and submitted to interviews. The law enforcement agents in this case advise that they believe the information provided that night by FAYIN DENG was truthful and accurate.

4.   Beginning with his interview, and continuing over the next few days, FAYIN DENG provided substantial assistance to law enforcement and furthered the investigation in the following

manner. First, FAYIN DENG provided substantial background information about the history of the conspiracy as well as the identities of and the roles played by the numerous co-conspirators in the organization. In addition, DENG solicited cooperation from other co-conspirators and assisted law enforcement by bridging the language barrier during other conversations between law enforcement agents and members of the organization.

5.   FAYIN DENG also told the agents the locations of numerous active marijuana grows enabling law enforcement to seize the plants and dismantle the grows. FAYIN DENG and KELLY CHUONG also identified cash obtained from and property purchased with proceeds derived from the sale of marijuana including $78,970.00 in United States and a Porsche.

6.   In the months following the dismantlement of the grow operations, FAYIN DENG continued to cooperate with the government.  There were two formal interviews, one occurring on April 4, 2008, and the second on June 17, 2009. FAYIN DENG provided additional information at that time about others involved in the criminal activity and the location of drug proceeds.  Information provided by FAYIN DENG continued to be accurate and truthful.

7.   During the course of his cooperation with the government, FAYIN DENG was advised that, as part of his cooperation, he was not to commit and further Federal, State, or local crimes.  The initial agreement between the government and FAYIN DENG was that, upon successful completion of his cooperation,

3

the criminal case against the defendant would be referred to Colorado State Court for prosecution.  There was no specific agreement as to how much time FAYIN DENG would receive as a result of the State Court prosecution.

8.   On May 20, 2009, this agreement was vacated when the government discovered that there was a new indoor marijuana grow located at 12251 CHERRYWOOD STREET in Broomfield, Colorado.  This property was owned by FAYIN DENG.  LIAN XIAN, one of FAYIN DENG's employees at the Pearl Wok restaurant, resided in the CHERRYWOOD house and was responsible for watering the plants.  A search of the residence revealed 85 marijuana plants, 5 high intensity grow lights, 5 ballast, 1 portable grow room and 2 large charcoal filters.

9.   LIAN XIAN was interviewed and stated that the marijuana plants at 12251 CHERRYWOOD STREET belonged to him and that he purchased 10 marijuana plants from FAYIN "Tom" DENG for $200.00.  LIAN XIAN also stated that he learned how to establish a marijuana grow from FAYIN DENG.  According to LIAN XIAN, he assisted FAYIN DENG with one of DENG's marijuana houses located near 140th Street.

C.   Sentence Recommendation And Basis For The Recommendation

10.  The probation department calculates that the advisory guideline range for this offense is 87-108 months. Because the defendant was an organizer/leader of the criminal offense, he

4

is not eligible for the safety valve and, therefore, the advisory sentencing guideline range is 120 months.

11.  The government respectfully requests that the Court impose a sentence in the range of 30 to 36 months.  The government believes that the defendant's immediate cooperation did constitute substantial assistance in that it led other members of the conspiracy to cooperate and plead guilty and to the seizure of significant assets belonging to the defendant and other co-conspirators.  Moreover, the defendant has no prior criminal history or history of violence.  The defendant has been on bond since his arrest and has incurred no supervision violations.

12.  Lastly, the government believes that a sentence within the range of 30-36 months is appropriate in light of the sentences received by other defendants in this and related cases balanced against the defendant's leadership position in the criminal activity.

WHEREFORE, the government, pursuant to Title 18, United States Code, Section 3553(e), 3553(a) and Section 5K1.1 of the sentencing guidelines, respectfully requests that the Court, in its discretion, depart from the sentencing guideline range and the

statutory mandatory minimum sentence of 10 years and impose a sentence within the range of 30 to 36 months.

RESPECTFULLY SUBMITTED:

DAVID M. GAOUETTE
UNITED STATES ATTORNEY
DISTRICT OF COLORADO

By:   s/Stephanie Podolak
      Stephanie Podolak
      Assistant United States Attorney
      U.S. Attorney's Office
      1225 17th Street, Suite 700
      Denver, CO. 80202
      Telephone (303) 454-0309
      Fax (303) 454-0401
      Stephanie.podolak@usdoj.gov
      Attorney For Government

CERTIFICATE OF SERVICE

I certify that on this 8th day of July, 2010, I electronically filed the foregoing GOVERNMENT'S MOTION FOR SENTENCE REDUCTION PURSUANT TO TITLE 18, UNITED STATES CODE, SECTION 3553(e) AND SECTION 5K1.1. OF THE SENTENCING GUIDELINES with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Abraham Hutt
representing Fayin Deng (1)
abe@abehutt.com

Nancy Salomone
representing Kelly Chuong (2)
nsalomone@laszlolaw.com

Clifford Barnard
representing Lian H. Xian (3)
cliffbarnard@earthlink.net


and I hereby certify that I have served the document to the following non- CM/ECF participants in the manner indicated:

Caryl Ricca, USPO
via interoffice mail


s/Diana Brown
DIANA BROWN
Legal Assistant
United States Attorney's Office
1225 Seventeenth Street, Suite 700
Denver, Colorado 80202
Telephone:  (303) 454-0100
FAX:  (303) 454-0409
E-mail:  Diana.Brown@usdoj.gov

7