IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.   09-cr-00279-JLK

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1. FAYIN DENG,
   a/k/a "Tom,"

        Defendant.

---

MOTION FOR THREE LEVEL DEPARTURE FOR
ACCEPTANCE OF RESPONSIBILITY

---

AND NOW COMES THE UNITED STATES OF AMERICA, DAVID M. GAOUETTE, UNITED STATES ATTORNEY, by Stephanie Podolak, Assistant U.S. Attorney, and files this motion pursuant to United States Sentencing Guideline Section 3E1.1(b), requesting that this Court grant the defendant a three levels departure in the guideline calculation for acceptance of responsibility.

                        RESPECTFULLY SUBMITTED:

                        DAVID M. GAOUETTE
                        UNITED STATES ATTORNEY
                        DISTRICT OF COLORADO

                By:  s/Stephanie Podolak
                      Stephanie Podolak
                      Assistant United States Attorney
                      U.S. Attorney's Office
                      1225 17th Street, Suite 700
                      Denver, CO. 80202
                      Telephone (303) 454-0309
                      Fax (303) 454-0401
                      Stephanie.podolak@usdoj.gov
                      Attorney For Government

CERTIFICATE OF SERVICE

    I certify that on this 8th day of July, 2010, I electronically filed the foregoing MOTION FOR THREE LEVEL DEPARTURE FOR ACCEPTANCE OF RESPONSIBILITY with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Abraham Hutt
representing Fayin Deng (1)
abe@abehutt.com

Nancy Salomone
representing Kelly Chuong (2)
nsalomone@laszlolaw.com

Clifford Barnard
representing Lian H. Xian (3)
cliffbarnard@earthlink.net


and I hereby certify that I have served the document to the following non- CM/ECF participants in the manner indicated:

    Caryl Ricca, USPO
    via interoffice mail

                      s/Diana Brown
                      DIANA BROWN
                      Legal Assistant
                      United States Attorney's Office
                      1225 Seventeenth Street, Suite 700
                      Denver, Colorado 80202
                      Telephone:  (303) 454-0100
                      FAX:  (303) 454-0409
                      E-mail:  Diana.Brown@usdoj.gov