IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.   09-cr-00279-JLK

UNITED STATES OF AMERICA,

       Plaintiff,

v.

1.    FAYIN DENG,
     a/k/a "Tom,"

       Defendant.

---

MOTION TO DISMISS REMAINING COUNTS

---

AND NOW COMES THE UNITED STATES OF AMERICA, DAVID M. GAOUETTE, UNITED STATES ATTORNEY, by Stephanie Podolak, Assistant U.S. Attorney, and files this motion requesting that the Court dismiss, as to the defendant FAYIN DENG, all counts of the above-captioned indictment, other than the Count One, the Count of Conviction and Count Seven, the Forfeiture Allegation, for the reasons set forth in the defendant's Plea Agreement.

                              RESPECTFULLY SUBMITTED:
                              DAVID M. GAOUETTE
                              UNITED STATES ATTORNEY
                              DISTRICT OF COLORADO

                     By:   s/Stephanie Podolak
                              Stephanie Podolak
                              Assistant United States Attorney
                              U.S. Attorney's Office
                              1225 17th Street, Suite 700
                              Denver, CO. 80202
                              Telephone (303) 454-0309
                              Fax (303) 454-0401
                              Stephanie.podolak@usdoj.gov
                              Attorney For Government

CERTIFICATE OF SERVICE

    I certify that on this 8th day of July, 2010, I electronically filed the foregoing MOTION TO DISMISS REMAINING COUNTS with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Abraham Hutt
representing Fayin Deng (1)
abe@abehutt.com

Nancy Salomone
representing Kelly Chuong (2)
nsalomone@laszlolaw.com

Clifford Barnard
representing Lian H. Xian (3)
cliffbarnard@earthlink.net


and I hereby certify that I have served the document to the following non- CM/ECF participants in the manner indicated:

    Caryl Ricca, USPO
    via interoffice mail


                      s/Diana Brown
                      DIANA BROWN
                      Legal Assistant
                      United States Attorney's Office
                      1225 Seventeenth Street, Suite 700
                      Denver, Colorado 80202
                      Telephone:  (303) 454-0100
                      FAX:  (303) 454-0409
                      E-mail:  Diana.Brown@usdoj.gov