IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.   09-cr-00279-JLK

UNITED STATES OF AMERICA,

       Plaintiff,

v.

1.   FAYIN DENG,
    a/k/a "Tom,"

       Defendant.

---

ORDER DISMISSING REMAINING COUNTS

---

THE COURT, upon review of the motion of the United States requesting an Order dismissing Counts Two through Six of the above-captioned indictment, and finding good cause contained therein, it is hereby:

ORDERED: that Counts Two through Six of the above-captioned indictment are dismissed as to the defendant FAYIN DENG.

SO ORDERED THIS _____ Day of July, 2010

                                            

HON. JOHN L. KANE
SENIOR, DISTRICT COURT JUDGE
UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

1