IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No.  09 CR 00279

UNITED STATES OF AMERICA,

      Plaintiff,

v.

FAYIN DENG, a/k/a Tom

      Defendant.

---

## DEFENSE SENTENCING MEMORANDUM

Counsel for Fayin Deng submits the following memorandum and attached materials for the Court's consideration in sentencing.

### The Plea Agreement

In paragraph 11 of the Plea Agreement in this case the parties agree to recommend that the Court impose a sentence between 30 and 36 months of imprisonment.  That paragraph prohibits counsel from arguing for a sentence outside that range.  Paragraph 16 of the Agreement, however, allows counsel to present and argue additional facts which are relevant to the sentencing decision.

### Fayin Deng's Background

Attached to this Memorandum are 10 letters from Fayin Deng's family and friends[1].  Those letters describe in detail the circumstances of his very young childhood and how those circumstances relate to the crime he committed.  Extreme shame, embarrassment, and guilt caused Mr. Deng not to share all of the relevant information about his childhood with the probation officer at the time of the pre-sentence report interview.  The letters describe how Mr. Deng's father gave him away when he was just a very small child and, at great peril to herself and her youngest son, his mother traveled to the village where he had been taken to retrieve him.  His

---

[1] Several of the letters are in Chinese, and both the original and the translation, along with an affidavit from the translator are provided.  Fayin Deng's mother, father, and cousin speak only Chinese and have great difficulty writing.  They spoke with the translator who wrote their comments into their present form, read them to the mother and father for their correction and approval, obtained their signatures and has provided affidavits to that effect which are also attached

father's resulting anger toward him and his mother resulted in violence toward them and this has clearly been a major molding factor in Mr. Deng's life. His father is now 77 years old and suffering from lung cancer. The irony that Fayin has now become a crucial part of his father's primary care is overwhelming. The obligation he feels toward his mother and the guilt he feels for what she endured for him are extremely powerful. The shame of all of this has, of course, made the rejection and violence a family secret that has never before been discussed outside the family.

Clearly another powerful molding force in Fayin's life was the extreme poverty of his childhood. He and his siblings have described this to the probation officer and it is also described in the attached letters. Unquestionably that experience of extreme poverty helped to fuel the allure for Fayin of the easy money that came to him in the marijuana business. The letter he has written to the Court states this well when he says that he feels like a man who is dying of thirst drowning himself when he finally finds water. The regret and remorse Mr. Deng feels for giving in to that greed is obvious.

<u>Fayin Deng's Conduct</u>

It is impossible not to note the irony of the change in the marijuana business between the date of this offense and the date of the sentencing for that offense. In the ensuing years, hundreds, if not thousands of people have followed the allure of the money to be made by growing and selling marijuana as the state of Colorado has moved toward legalization. The number of medical marijuana dispensaries and cannabis clubs and the exponentially larger number of marketing messages one sees for those businesses attest to the easy profit that Mr. Deng was unable to resist. It is hard to imagine a greater irony than the one Mr. Deng feels on his way to the courthouse to be sentenced to prison for growing marijuana as he passes by these enterprises, supported as they are by much larger growing operations than his.

That shift in the legal climate concerning marijuana clearly contributed to the bad choices that Mr. Deng made. Advice he had received from previous legal counsel in this case, Mr. Corry, about the ability to grow marijuana for medical patients contributed to his involvement in the marijuana grow house at 12251 Cherrywood Street in 2009 being operated by Lian Xian, and his belief that it would be defensible under Colorado law.

<u>Fayin Deng's Character</u>

The attached letters from Mr. Deng's family and friends attest to his kindness and generosity.  The Court can see from those letters some of the uses to which Mr. Deng put the money that he was making.  He clearly enjoyed the role of being the impoverished and rejected farm boy who had come to the United States and been so successful that he could not only employ others here but send money back to help friends and family in China. He also clearly liked the comforts he was able to provide for his wife and children with that money as well.  At no time, however, did Mr. Deng pursue a life of luxury and sloth.  Throughout the time that he was growing marijuana he was working very hard in his restaurant businesses.  Those restaurants, of course, employed and supported quite a few people and their families and provide an excellent service to the communities where they are located.  Mr. Deng's customers and employees are clearly appreciative of the way in which he runs those businesses.

<u>Sentences of other Participants</u>

The presentence report lists the sentences given to the other participants in the same marijuana business as Fayin Deng.  While there are many of those individuals who have been granted probation, Mr. Deng understands that sentence is not available to the court in his case and that many of those people were not as culpable as he.  The individuals who have been given prison sentences have most commonly been given terms in the range of eighteen months.  The sentencing range that is being recommended to the court here, of course, would give Mr. Deng twice, or nearly twice, that amount.   Given the substantial involvement in the many transactions of this business that Yue De Deng, Pingwen Bai, Fuyin Deng, Tran Van, Kim Chi Dang, and Dan Tang were involved in, Mr. Deng urges the court to find that he is not deserving of a sentence that is twice the amount of theirs.  In addition, Mr. Deng asks that the court find substantial mitigation in his absence of any criminal record, his employment of numerous individuals in successful small restaurants, and in the circumstances of his family background.  That mitigation, combined with the substantial involvement of the named individuals, support Mr. Deng's request that there not be an enormous variation in his sentence from theirs.

Conclusion

Mr. Deng's letter to the Court makes very clear that he takes full responsibility for the crime that he committed and the harm that it has done, especially to those he had the best intentions of helping. He understands that the money he forfeited must now be followed by forfeiture of his freedom as punishment. For all of the reasons set forth in this memo, in his own letter to the Court and the pleas of his family and friends, we ask that the Court exercise its discretion in his favor.

DATED at Denver, Colorado this, 9<u>th</u>  day of July _____ ,2010 _____.

The Law Firm of Abraham Hutt
Abraham V Hutt
14137
1127 Auraria Parkway, Suite 201
Denver, Colorado  80204
(303) 893-0881

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the forgoing was served this  9<u>th</u>  day of July, 2010 by ECF upon:

Stephanie Podolak
United States Attorney's Office
Stephanie.podolak@usdoj.gov

James Russell
United States Attorney's Office
James.russell2@usdoj.gov

Nancy Salomone
nsalomone@laszlolaw.com

Attachments:

Letter from Fa Yin Deng

Letter from Fa Yin Deng's mother, Mei Xian

Letter of Fa Yin Deng's father, Cong Zhang Deng

Letter of Fa Yin Deng's cousin, Xian Lian Hua

Letter of hometown neighbor of Fa Yin Deng, Su De Qin with certificate of translation by Shirley Tzou

Letter of Fa Yin Deng's nephew, Li Jin Deng with certificate of translation by Shirley Tzou

Letter of friend of Fa Yin Deng, Wei Wang with certificate of translation by Shirley Tzou

Letter of Kelly Chuong, Fa Yin Deng's wife

Letter of Larry Lee, employee of Fa Yin Deng

Letter of Kiki Chuong, Fa Yin Deng's sister-in-law

Letter of Sang Pham, employee of Fa Yin Deng

Letter of Dr. Chamath DeSilva, Oncologist for Fa Yin Deng's father

July 1, 2010

Your Honor,

I humbly request Your Honor for a moment of your time to explain the circumstances of my involvement in this case. I am very grateful to Your Honor for providing me the opportunity to tell you about this.

I have to begin by telling you how ashamed and humiliated I am by what I have done. There is no need for me to be in this position. I am a successful business owner with a precious family, but I have jeopardized their security and my life with my greed. What started out as a desire to have more and better things and more security than I or my parents could ever have dreamed possible when I was a child became a lust for easy money, all along knowing that only money that comes as a result of diligence and hard work can be spent guilt free.

I am still so ashamed and humiliated by how my childhood began that I do not ever speak about it. That is why when the probation officer asked me about my childhood I told her only that we were poor but did not tell her about my father giving me away and my father's violence. I am still struggling to understand the childish reactions I have to my parents and especially to the fear of anything bad happening to my mother. It is very difficult for me to tell you about these things but my family has convinced me that these are things you should know about.

My father was an angry, bitter, poverty stricken farm laborer in Vietnam. He decided he had no use for me, his sixth son, and gave me away to people in a neighboring village. This was my start to life.

My mother, at extreme risk to her own safety, could not bear to let this happen. She knew she risked extreme anger from my father, but she went and got me back from the other village. I still shudder to think of what would have happened to me if my mother had not come to get me.

My father's anger was extreme and was often directed at my mother because of me. I grew up fearing that my father's anger might result in my mother's death or my death or of some harm to her that would leave me with no protection. I cowered behind my mother constantly and was afraid to go to school until I was nine years old. As you can imagine, I felt great guilt for my mother's suffering, knowing that it was because of what she did for me. There were even times that she used her body to shield mine, protecting me from violence that was meant for me.

I am realizing that these feelings have never really left me, so that when my parents health became a major issue I had some of the same frightened and guilt filled childish reactions. I was so worried about being able to take care of my mother and not to have my mother suffer the loss of her husband that I became obsessed with having enough money to take care of them forever. I have learned now that once you become obsessed with money, no matter how great your original need was, there is no such thing as feeling like you have enough. When I learned about being able to make a lot of money growing marijuana in addition to the money I was making working hard in the restaurant business, I went running after that.

Just before that happened my wife and I bought a business franchise called the American Cellulite Reduction Center. We paid a $30,000 franchise fee and applied for a loan to purchase equipment. When this loan was rejected we faced the serious risk of losing our franchise fee. I borrowed money from my brother Dan Tang. That loan wound up creating a lot of tension and fighting within my family. When we were not able to pay my brother back he got very angry and we had several ugly arguments. My poor mother was very upset by this, wanting only harmony in her family. I saw that she felt trapped between me and Dan and that her distress was making her ill. She lost weight and her already poor health grew worse.

Seeing my mother suffer like this was more than I could stand. Her distress broke my heart. I felt that since my mother had saved my life when I was a child I had to do anything possible for her. I knew that if I began growing marijuana that I could easily make the money to pay Dan back. I was right and was able to do so, but then once I started making that money it never felt like I had enough and could stop. I lost my self control and fell to the temptation that the easy money offered.

Looking back now I can see where I had chances to do the right thing and did not take them. I cannot tell you how sorry I am now because of the pain and suffering that resulted to the people I love.

I was so caught up with the easy money and felt so good being able to help my friends and family and have nice things that I talked to people about how easy it was which got them involved as well. I feel worse about this than anything else that I have ever done. When I think about the horrible poverty of my childhood with sometimes no food or clothes I see myself in this business like a man, dying of thirst, drowning from drinking too fast and too much when he finally gets water.

It has been very hard for me to become the primary caretaker for my father. But when I see my mother's distress at his failing health and her inability to take care of him I know that I have no choice. Caring for our elders is something we feel is an extremely important obligation.

The frequent trips to the hospitals and doctors are hard. I have to schedule all of those during the slow times at the restaurant. When my father loses control of his bowels, my mother and my wife doesn't have the physical strength to lift him from the bed, clean him and the bed, and return him to the bed.

Your Honor, my actions in all this are my own responsibility. I can blame no one else. Many people's lives have been affected by my failure to resist the temptation of easy money. I have apologized to them and will do so for the rest of my life. I apologize to you that you must decide on my punishment. I hope that you will consider a punishment for me that has the least affect on my parents and my children.

Respectfully,

Fa Yin Deng

June 27, 2010

Your Honor,

My name is Mei Xian. I am Fa Yin Deng's mother.

My heart is heavy and I cry constantly when I think of my son Fa Yin, and all he has been through, and what losing him would mean to my husband and me, and our entire family.

Fa Yin's father rejected him when he was born. He was our sixth son, and we were poverty stricken farm laborers in Vietnam. His father gave him away, but I was heartbroken and got him back even though I was in danger of being beaten for disobeying my husband.

Fa Yin's early life was filled with hardship even by our standards. He was beaten and neglected by his father and he was often not fed, the other sons coming first. One time, in order to escape an especially severe beating, Fa Yin hid under a bed. His dad grabbed a stick, and used it to poke Fa Yin as he was hiding under the bed. He did not receive any education until after he was nine years old because his treatment at this father's hands made him timid and afraid of people.

Fa Yin easily could have grown up bitter and angry, and many people with far less adversity have abandoned parents that treated them badly, but Fa Yin rose above this.

We have lived with Fa Yin for the past ten years. He has been a devoted son to his father and me, and stood by us faithfully through my disability resulting from heart surgery in 1993, and his dad's lung cancer.

One of my most vivid memories of Fa Yin's compassion was when he bought a house that included space for this father and me. One of Fa Yin's older brothers and his wife decided that they no longer wanted responsibility for us, and evicted us from their home. I remember Fa Yin showing us the house he was buying. He said, "This is your room, you and Dad are part of the family, and this is your house, too. You don't need to worry. We will take care of you forever."

Fa Yin has always delivered on his promises. I can't help but wonder where we would be today if Fa Yin had been given away.

Another time, when my husband awoke from surgery in the hospital, he panicked because he did not know where he was. He did not recognize any of the other family members or me that were there. It seemed as though he had lost his memory. This was a frightening situation. Fortunately, my husband did recognize Fa Yin. He was the only one who could calm my husband down. It was startling to me that only Fa Yin had this soothing effect on my husband.

Now my husband relies completely on Fa Yin. He is like a child, sitting beside the window at night waiting for Fa Yin to come home from work. He will not take his medication or go to sleep until Fa Yin comes home. No Fa Yin, no sleep. Fa Yin's devotion to his father over the past year has been courageous. Fa Yin is a great comfort to me.

Your honor, with two sons in jail already, I can't bear the thought of another son in jail. If Fa Yin is guilty of the crime of which he is accused, I plead for you to show as much leniency and mercy as your heart allows. If he receives a harsh sentence, I may not live to see him free again.

Respectfully,

XIAN

Mei Xian

## AFFIDAVIT

STATE OF COLORADO       )

                                ) ss.

COUNTY OF _Adams_     )

     I, Shirley Tzou, the Affiant, after first being duly sworn upon oath, hereby certify that I am fluent in both the Chinese and the English languages, that I am fully competent to interpret from Chinese to English, and that the foregoing document is an accurate representation of the information with which I was supplied, to the best of my knowledge and ability, at the request of Mei Xian.

     Mei Xian examined the document through my verbal interpretation, and agreed that it was accurate and truthful.

By: _____

             Shirley Tzou

             11274 Vrain Drive

             Westminster, CO 80031

             720-939-4646

     SUSCRIBED AND SWORN before me on this __9th__ day of _July_, 20 _10_, by Shirley Tzou.

     WITNESS MY HAND and official seal.

                       Notary Public

My Commission Expires: __10/3/2010__

                 My Commission Expires 10/03/2010

                 5130 W. 120th Ave.

                 Westminster, CO 80020

MELISSA QUASTLER

NOTARY PUBLIC

STATE OF COLORADO

*June, 26, 2010*

*Your Honor,*

*My name is Cong Zhang Deng. I am the father of Fa Yin Deng.*

*I am ashamed and remorseful at the way I treated my son when he was a child. I was physically abusive and cruel to him. I was a poor, ignorant farm laborer, and did not know how to treat a child properly. I felt that Fa Yin was put on this earth to thwart me. I decided to abandon Fa Yin, and give him away, because I did not want the financial responsibility for him. We did give him away, but my wife felt remorse afterward, and got him back. I did not know at the time what a profound impact this would have on my life.*

*I deeply regret the way I treated Fa Yin. My remorse knows no limit. No one could blame Fa Yin if he refused to have anything to do with me.*

*I say all this to show how Fa Yin overcame extreme disadvantages to become the kind, compassionate, generous, and devoted man he is today.*

*Fa Yin has been my sole financial support for over ten years. He stood by me during my battle with lung cancer. He took me for all my treatments and doctor visits and chemo therapy with no complaint. When I was bedridden, he cleaned me when I lost control of my bowels. I might be dead or in a nursing home if not for Fa Yin's steadfast devotion.*

*My other sons that I favored over Fa Yin have not as a group given me the love and support that Fa Yin has shown me.*

*A lesser man than Fa Yin could have become vengeful, cruel, and evil given the severity of the mistreatment to which I subjected him.*

*At this time in my life, I rely on Fa Yin to test my blood pressure and prepare my daily medications. I wait for him to come home at night to take my last dose of medication for the day. He is the only one I trust.*

*Your honor, I know Fa Yin was selling marijuana when it was against the law and I am ashamed of him for that. But I am proud of him and grateful to him for how he has helped people and takes care of me in my old age. I beg of you, do not send Fa Yin to prison for a long time. Please show him as much mercy as you possibly can in his punishment, as the entire family, and me especially, will suffer greatly without him.*

*Respectfully,*

*Cong Zhang Deng*

## AFFIDAVIT

STATE OF COLORADO           )
                            ) ss.
COUNTY OF _Adams_           )

I, Shirley Tzou, the Affiant, after first being duly sworn upon oath, hereby certify that I am fluent in both the Chinese and the English languages, that I am fully competent to interpret from Chinese to English, and that the foregoing document is an accurate representation of the information with which I was supplied, to the best of my knowledge and ability, at the request of Cong Zhang Deng.

Cong Zhang Deng examined the document through my verbal interpretation, and agreed that it was accurate and truthful.

By: _____

Shirley Tzou
11274 Vrain Drive
Westminster, CO 80031
720-939-4646

SUSCRIBED AND SWORN before me on this ___9th___ day of _July_____, 20_10___, by Shirley Tzou.

WITNESS MY HAND and official seal.

_____
Notary Public

My Commission Expires: ___10/3/2010___

My Commission Expires 10/03/2010
320 W. 120th Ave.
Westminster, CO 80020

July 1, 2010

Your Honor,

My name is Xian Lian Hua. Fa Yin Deng is my cousin.

I am able to attest to Fa Yin's character because the prosecutor dismissed the charge against me for my involvement in this matter.

My cousin has a soft heart. He helped my mother when she became ill because he could not stomach his aunt's suffering. He did more for her than I expected. I know he would have done even more if he could. Because of this, my mother has great respect for Fa Yin. I also have great respect. My cousin carries the load of many men. Fa Yin does not know how to say no to family.

When I wanted to get involved in the grow home, Fa Yin advised me not to. He told me not to risk deportation, since I was not a permanent resident of this country. I told Fa Yin that I had received a license to legally grow medical marijuana. I urged him to use his superior experience in this country to help me to get the first two marijuana plants.

Because of my desperation over my mother's distress, if my cousin had not helped me in the growing enterprise, I may have resorted to robbing a bank or another violent crime.

Fa Yin helped me when I first came to this country. He gave me a job in his restaurant. Then he taught me how to cook. He supplied me with rides to and from work. He loaned me money to get started with my life here.

Fa Yin should not suffer because of my deeds. He thought I had a license to grow medical marijuana.

Your honor, due to the greatness of this country, I received a second chance. I don't think this would have happened in another country. I hope you will give my cousin Fa Yin another chance to prove his value to this society.

Respectfully,

Xian Lian Hua

## AFFIDAVIT

STATE OF COLORADO          )
                                                    ) ss.
COUNTY OF  Adams          )

    I, Shirley Tzou, the Affiant, after first being duly sworn upon oath, hereby certify that I am fluent in both the Chinese and the English languages, that I am fully competent to interpret from Chinese to English, and that the foregoing document is an accurate representation of the information with which I was supplied, to the best of my knowledge and ability, at the request of Lian Hua Xian.

    Lian Hua Xian examined the document through my verbal interpretation, and agreed that it was accurate and truthful.

By: _____

Shirley Tzou
11274 Vrain Drive
Westminster, CO 80031
720-939-4646

    SUSCRIBED AND SWORN before me on this ___9th___ day of
__July_____, 20 10 , by Shirley Tzou.

WITNESS MY HAND and official seal.

_____
Notary Public

My Commission Expires: __10 / 3 / 2010__

My Commission Expires 10/03/2010
5130 W. 120th Ave.
Westminster, CO 80020

尊敬的法官大人：

你们好！我是中国广西省东兴市江平镇人，是美国科罗拉多州美籍华人邓诗园老家的邻居。邓诗园她确实是一个胸怀宽阔，救助贫民，舍己为人的大好人。2006年下半年，我家人患了绝症肺癌。家里所有经济积蓄都全部花光，已经到了山穷水尽的地步，家人没钱买药治病。后来邓诗园在美国得知这个消息后，寄回几千美金支助，真是雪中送炭啊！我家人连声说："千多谢，万多谢"邓诗园，邓诗园真是个大好人啊！"

法官大人，前几天我得知邓诗园在美国做了一些违反美国法律的事，这是真的吗？我认为是都是她一时头脑糊涂，想多做些钱来扶贫哪些贫苦的人们。据我知道邓诗园这人从小到大从未做过什么坏事，违反过国家法律的事，这次在美国做出这些事，都是一时的过错。我们作为他的邻居，恳求美国法官大人网开一面，从宽从轻处理，少教育为主即可以了。此致敬礼！

笔者：苏德钦

2010年5月6日。

Respected Judge:

Greetings! I am a resident of Jiangping Town, Dongxin City, Guangxi Province in China. I am the hometown neighbor of DENG Fa Yin, the Chinese American from Colorado, United States. DENG Fa Yin truly is a broad minded good person who aids the poor and self-sacrifices for others. In latter part of 2006, my wife suffered from incurable lung cancer. We spent all our savings and were at the end of the rope and desperately needed money. We had no money to buy medicine to treat the illness. DENG Fa Yin found out the news, he sent several thousand US dollars to help us right away. This truly is to send charcoal in snowy weather! My wife has repeated saying: "A thousand thanks, ten thousand thanks" to DENG Fa Yin. DENG Fa Yin is such a good man.

Dear Judge, a few days ago, I found out that DENG Fa Yin did something that violated the US law, is that true? His mind must have been confused at that time and thought he could make more money to help the poor. To my knowledge, DENG Fa Yin has never done any bad things from a small child to an adult. He has never violated of national law. What he has done in the United State is a onetime mistake. As his neighbor, I earnestly request you to give him a chance. Handle his case leniently and lightly. Emphasize on rehabilitation and that should be all right.

Regards with high respect

Writer: SU De Qin

May 6, 2010

## AFFIDAVIT

STATE OF COLORADO        )
                                          ) ss.
COUNTY OF Adams        )

    I, Shirley Tzou, the Affiant, after first being duly sworn upon oath, hereby certify that I am fluent in both the Chinese and the English languages, that I am fully competent to translate from Chinese to English, and that the foregoing document is an accurate translation of the original document from Chinese to English, to the best of my knowledge and ability.

By: _____

      Shirley Tzou
      11274 Vrain Drive
      Westminster, CO 80031
      720-939-4646

    SUSCRIBED AND SWORN before me on this 23 day of May , 20 10 , by Shirley Tzou.

    WITNESS MY HAND and official seal.

Michelle Hammond
Notary Public

My Commission Expires: 01|20|14

MICHELLE HAMMOND
NOTARY
PUBLIC
STATE OF COLORADO

My Commission Expires 01/20/2014
5130 W. 120th Ave.
Westminster, CO 80020

尊敬的法官大人：

你们好！我是美国科罗拉多州美籍华人叶发国的侄子，叶发国确实是一个乐于助人、心胸开阔的大好人，因为他曾多次帮过很大的忙。如：那是1997年的事了，我妈妈的眼睛患了白内障，需要做手术，但家里的积蓄基本花光了，没有及时等足钱，叔叔叶发国得知后马上寄回了钱支助，真是"雪中送炭"，我妈妈逢事说，你叔叔叶发国真是个大好人。还有我儿子考上了大学，需要一大笔钱，我东借西筹都没有筹足钱，心里很焦急，后来叔叔叶发国得知这个消息，立即寄钱回来支助，解决了我儿子读大学的困难，现在我儿子还经常说，如果没有叔叶发国叔公的支助，就没法完成我的大学梦。

法官大人，最近我听说我叔叔叶发国做了一些违法的事，不知是真是假，如果是真，那都是他一时糊涂才违法，情有可原，恳求法官大人给这样一个大好人往开一面，改过自新的机会吧！

此致

敬礼！

笔者：叶礼金

2010．5．2

第　　　页

Respected Judge:

Greetings! I am the nephew of DENG Fa Yin, a Chinese American from Colorado, United States. DENG Fa Yin indeed is a good man with a broad mind and happy to help others, because he has had helped on several occasions. For example: That was happened in 1997, my mother had cataract and surgery was needed. But, the household savings were all spent and we could not raise the money for the surgery in time. After Uncle DENG Fa Yin found out, he immediately sent money to help. This truly is "send charcoal in snowy weather". My mother kept saying that, "Your uncle, DENG Fa Yin, really is a good man". Furthermore, my son got admitted to college and needed a large amount of money. I tried to borrow from others but just couldn't come up with enough money and was very worried. Later Uncle DENF Fa Yin found out about the news, he quickly sent money to help and resolve the difficulty situation so my son can go to college. Now my son often says that if not for Great-Uncle DENG Fa Yin's support, he has no way to achieve his college dream.

Dear Judge, recently I have heard that my uncle DENG Fa Yin has done some unlawful stuff. I don't know if this is true of false. If it is true, that is because he was confused at that moment and violated the law. It is excusable. I plead with you, the honorable Judge, to give this good man a way out. Let him have a chance to correct his mistakes and have a fresh start.

Regards with high respect

Writer: DENG Li Jin

May 2, 2010

## AFFIDAVIT

STATE OF COLORADO    )
                     ) ss.
COUNTY OF _Adams_   )

    I, Shirley Tzou, the Affiant, after first being duly sworn upon oath, hereby certify that I am fluent in both the Chinese and the English languages, that I am fully competent to translate from Chinese to English, and that the foregoing document is an accurate translation of the original document from Chinese to English, to the best of my knowledge and ability.

By: _____

        Shirley Tzou
        11274 Vrain Drive
        Westminster, CO 80031
        720-939-4646

    SUSCRIBED AND SWORN before me on this _28_ day of _May_, 20 _10_, by Shirley Tzou.

    WITNESS MY HAND and official seal.

_Michele Hammond_
Notary Public

My Commission Expires: _01/20/14_

MICHELLE HAMMOND
NOTARY
PUBLIC
STATE OF COLORADO

My Commission Expires 01/20/2014
5130 W. 120th Ave.
Westminster, CO 80020

法官大人:

你们好! 我是中国广西省东兴市人, 家境条件
很贫穷困, 曾经结识邓发鹏。患恩惠 原因是家里起
个得病死去, 没有钱买手他们的穷人都知道了且件事. 讲给
他知, 结果他的个愿望给给。来了温暖, 给我们的家带
来了新的希望, 从这件事情, 可知邓发鹏难是个善于帮
助别人, 心胸胸宽大的好人.

法官大人, 人的一生有时难免做错一些事情象邓
发鹏一时头脑糊涂, 做错了违反国家法律的事, 但希
望法官同志原谅邓发鹏一次, 从宽从轻处理.

        特此
    敬礼、

                        王伟,
                        王东  2010年5月10笔.

Dear Judge:

Greetings! I am a resident in Dongxi City, Guangxi Province, China. My family financial condition is very poor. I have received favors from DENG Fa Yin. My farm cow died of disease and we had no money to purchase another cow. After his relatives found out about it and reported to him, money was sent from afar and gave our family new hope. From this incident, you know DENG Fa Yin is a good person who likes to help others and has a broad mind.

Dear Judge, it is inevitable to make some mistakes in one's life. For instance, DENG Fa Yin made the mistake and violated the law due to his momentary stupidity. But, I hope Judge can forgive DENG Fa Yin once, handle his case lightly and leniently.

Regards with high respect

WANG Wei

WANG Dong

Wrote on May 7, 2010

## AFFIDAVIT

STATE OF COLORADO          )
                           ) ss.
COUNTY OF _Adams_          )

    I, Shirley Tzou, the Affiant, after first being duly sworn upon oath, hereby certify that I am fluent in both the Chinese and the English languages, that I am fully competent to translate from Chinese to English, and that the foregoing document is an accurate translation of the original document from Chinese to English, to the best of my knowledge and ability.

By: _____
       Shirley Tzou
       11274 Vrain Drive
       Westminster, CO 80031
       720-939-4646

    SUSCRIBED AND SWORN before me on this __23__ day of
__May__, 20_10_, by Shirley Tzou.

    WITNESS MY HAND and official seal.

                       _Michelle Hammond_
                       Notary Public



My Commission Expires: __01|20|14__

MICHELLE HAMMOND
NOTARY PUBLIC
STATE OF COLORADO
My Commission Expires 01/20/2014
5130 W. 120th Ave
Westminster, CO 8__

July 1, 2010

Your Honor,

I am the wife of Fa Yin Deng. My name is Kelly Chuong.

I know that what Fa Yin did was wrong. During one period of time during this event, Fa Yin and I were in the early stages of getting a divorce. I gave him another chance when I saw what a good person he was in the care he provided for his parents.

I have seen directly the incredible amount of love and concern Fa Yin has for his parents. I have seen him take their side against me in the small squabbles that take place in an extended family such as ours.

My husband is tireless in his desire to provide for our childrens' well being. This is what convinced me to halt the divorce. He has worked even harder these past two years than he did before. He works twelve hour day, six days a week with no complaint. He has juggled his schedule to take his father to his medical appointments. In times past, he would use Sundays for downtime, or go to the restaurant to avoid his family, but now he spends this precious time with us. He takes our sons biking and fishing. He will even pay someone to cover the restaurant on Sundays. He helps me with our four sons to take some of the pressure off me. He has been more prudent with his money, saving for our future security. Where he used to go out with co-workers, he now comes straight home. He also shows a lot of concern for my feelings.

My father-in-law's health has taken a serious turn for the worse in the past year. I was providing as much care as I could, but when the stress became too much for me, my husband shouldered even more of the load. I have the image of my husband carrying his father piggyback when he was so weak from cancer treatments that he could not walk. My husband's father, by his own admission, was a poor father to Fa Yin, and a poor father-in-law to me. He refused to recognize our marriage. He tried to persuade my husband's mother to urge my husband to return to our homeland and marry someone else. He then refused to give us his blessing, or to bless our first child. This was a source of shame for my husband and me. My husband refused to carry a grudge against his father. He has been a devoted son.

With six sons, you would think my father-in law would be well cared for. But his other sons displayed their true colors when times got really rough. When my husband's father could not control his bowel movements, my husband's brothers fled like cowardly mice. Only my husband had the strength to do what needed to be done.

During one five day period when my father-in-law was hospitalized, my husband would work days, and then spend the night at the hospital with his dad. He brought him special food when his dad could not eat American hospital food.

Fa Yin's father needs him very badly. I do not think he will survive without him. My husband is the only one he can rely on. The same is true for his mom, too. I do as much as I can, but the physical aspects of caring for an invalid are beyond me. If I had to take my husband's place at the restaurant, I fear that I could not cope with four kids and two elders on my own, even though I accept this traditional role of a Chinese daughter-in-law.

My husband's father has told me that, "When there is no adversity, all his sons are good, but when push came to shove, only my youngest was the one who took action."

Your honor, if we lose my husband because we got involved in the marijuana business, many innocent members of our family will suffer. Of course that Fa Yin's fault and mine and not yours, but I beg you to make his punishment something that hurts our children and parents as little as possible. We desperately need him. His instinctive drive to get us as far away from the poverty he lived in as a child caused him to make some bad choices so I hope you can be merciful to him. It was his desire to provide more and better things for his children and for us than he ever dreamed of as a child that led him down this path. I pray that you will give him the benefit of the doubt and judge in favor of many good deeds he has done against the bad.

Respectfully,

Kelly Chuong

*July 5, 2010*

*Your honor,*

*My name is Larry Lee. I am an employee at Pearl Wok Chinese restaurant. The reason that I'm writing this letter is that I want to testify that Tom is a really nice person and mean no harm to the society.*

*I've known Tom for four years. I also know that Tom have four sons. Not only he's a great father, but he's also a great boss. I remember before I started working at Pearl Wok, I was unemployed for three months, one day I went in to Pearl Wok and eat, Tom asked me how I'm doing lately, and I told him my situation, he immediately hired me on the spot.*

*About three years working at Pearl Wok, my life had a major shift, due to family stress and some thoughts of my future. I decided to go back to school and take my education to another level, but I needed financial support. I asked everyone I know that could possibly help me, but during that time everyone was under financial stress. Somehow the word passes through Tom's ears; he offered to help me without me even saying anything.*

*Tom has been emotionally supportive though out the four years I've known him. So as you can see your honor, Tom is a really generous person, because without Tom I don't know where I will be right now, without his help I would probably not be driving my car, not be able to support myself, not be able to pay off my debt.*

*Your honor I can go on and on, but what I'm trying to prove here is that Tom has done many good and generous things to balance the crime he committed. He is not a harm to the society, and there's more people needing his help in the future.*

*Sincerely,*

*Larry Lee*

June 16, 2010

Your honor,

My name is Kiki Chuong. Fa Yin Deng's wife is my sister. I am writing this letter to testify to the strong character of Fa Yin Deng.

I have known Fa Yin for over ten years, since he dated and married my sister. He has always treated her well.

He is a great father to his four sons. He fixes their bikes and takes them fishing. The boys would be devastated if they lost their father. Fa Yin is always available to them as well as his declining parents, even though he puts in twelve-hour workdays, six days a week. So many people depend on Fa Yin financially. Our entire family would be shattered if they were to lose Fa Yin for any extended period of time.

I implore you to consider the hardships Fa Yin endured growing up and understand that he got involved in the marijuana business out of a distorted desire to keep his family as far as possible from that poverty. Fa Ying Deng is no threat to society. In the past several years, I've seen Fa Ying's focus shift from business to his great focus on his family. He has become  a more devoted father, husband, and is a major part of the glue that binds this family together.

Respectfully,

Kiki Chuong

July 5, 2010

Your honor:

My name is Sang Pham; I am an employee at Pearl Wok for over ten years. Tom is my boss; he has helped me out so many times regardless if I'm at work or off work.

There's this one time where my car broke down at home and I needed to be at work in the next hour. Tom could of just tell me that I don't need to come to work, and just have some other delivery drivers to take my spot, but he didn't. In fact, not only he came to my house and picked me up and go to work, he even let me barrow his car for the next two days until my car was fixed. He even said "I know you needed the extra money to support your two kids and your wife. Let me know if you need anything else." I almost cried when I heard that!

Besides being a good boss, he is also a good advisor. I remember I was arguing with my wife about two years ago. She was threatening me, and trying to take my kids away from me. My mind was completely blank, didn't know what to do, Then Tom helped me to talk to my wife and gave me some great advises on how to become a better man and how to solve the problems.

The reason that I write this letter is not to tell you your honor what Tom had done for me: I'm writing this is to tell you Tom is a really nice person, and that people had all made mistakes, but because of this mistake he made, he turn around and helped a lot of people including myself and my family. So please your honor, please reconsider your judgment.

Sincerely,

Sang Pham

Sang Pham

 KAISER PERMANENTE₀

7/1/2010

To Whom It May Concern,

Mr Zhang Deng has been a patient under my care, he received chemotherapy in my office between March and June this year. His son, Fayin Deng accompanied him to all visits and was attentive to his needs and made sure he took his medications correctly.

Sincerely,

Chamath Desilva MD
Rock Creek Oncology
280 Exempla Circle
Lafayette, CO  80026

*Kaiser Foundation Health Plan of Colorado - Colorado Permanente Medical Group, P.C.*