IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 09-cr-00279-JLK

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    FAYIN DENG,

    Defendant.

_____

**NOTICE OF PUBLICATION**
_____

    I hereby certify that a Notice of Forfeiture Action was posted on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days, beginning May 20, 2010, as required by Rule 32.2 of the Federal Rules of Criminal Procedure and 21 U.S.C. § 853(n)(1), and as evidenced by Attachment I- Notice of Forfeiture Action and Advertisement Certification Report.

    DATED this 13th day of July, 2010.

    Respectfully submitted,

    DAVID M. GAOUETTE
    United States Attorney

    s/ James S. Russell
    Office of the United States Attorney
    1225 17th Street, Ste. 700
    Denver, Colorado  80202
    (303) 454-0100
    FAX: (303) 454-0402
    E-mail: james.russell2@usdoj.gov
    Counsel for the United States