Attachment 1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
COURT CASE NUMBER: 09-CR-00279-JLK; NOTICE OF FORFEITURE

    Notice is hereby given that on May 07, 2010, in the case of <u>U.S. v. Fayin Deng and Kelly Chuong</u>, Court Case Number 09-CR-00279-JLK, the United States District Court for the District of Colorado entered an Order condemning and forfeiting the following property to the United States of America:

    $118,900.00 U.S. Currency (08-DEA-496708) which was seized from Kelly Chuong on February 19, 2008 at 1st Bank, 13600 Colorado Blvd, located in Thornton, CO

    $78,970.00 U.S. Currency (08-DEA-496717) which was seized from Kelly Chuong on February 16, 2008 at 12155 Adams Street, located in Thornton, CO

    1st Bank, Account #571-123-9244 Acct# 571-123-9244 (08-DEA-497152) which was seized from Kelly Chuong on February 20, 2008 at 1st Bank, 13600 Colorado Blvd., located in Thornton, CO

    The United States hereby gives notice of its intent to dispose of the forfeited property in such manner as the United States Attorney General may direct.  Any person, other than the defendant(s) in this case, claiming interest in the forfeited property must file a Petition within 60 days of the first date of publication (May 20, 2010) of this Notice on this official government internet web site, pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure and 21 U.S.C. § 853(n)(1). The petition must be filed with the Clerk of the Court, 901 19th Street, Denver, CO 80294, and a copy served upon Assistant United States Attorney James Rusell, 1225 17th Street, Ste 700, Denver, CO  80202.  The petition shall be signed by the petitioner under penalty of perjury and shall set forth the nature and extent of the petitioner's right, title or interest in the forfeited property, the time and circumstances of the petitioner's acquisition of the right, title and interest in the forfeited property and any additional facts supporting the petitioner's claim and the relief sought, pursuant to 21 U.S.C. § 853(n).

    Following the Court's disposition of all petitions filed, or if no such petitions are filed, following the expiration of the period specified above for the filing of such petitions, the United States shall have clear title to the property and may warrant good title to any subsequent purchaser or transferee.

## Advertisement Certification Report

The Notice of Publication was available on the www.forfeiture.gov web site for at least 18 hours per day between May 20, 2010 and June 18, 2010. Below is a summary report that identifies the uptime for each day within the 30-day period and reports the results of the web monitoring system's daily check that verifies that the advertisement was available each day.

U.S. v. Fayin Deng and Kelly Chuong

**Court Case No:** 09-CR-00279-JLK
**For Asset ID(s):** See Attached Advertisement Copy

| Consecutive Calendar Day Count | Date Advertisement Appeared on the Web Site | Total Hours Web Site was Available during Calendar Day | Verification that Advertisement existed on Web Site |
|---|---|---|---|
| 1 | 05/20/2010 | 23.6 | Verified |
| 2 | 05/21/2010 | 23.6 | Verified |
| 3 | 05/22/2010 | 22.5 | Verified |
| 4 | 05/23/2010 | 23.6 | Verified |
| 5 | 05/24/2010 | 23.6 | Verified |
| 6 | 05/25/2010 | 23.6 | Verified |
| 7 | 05/26/2010 | 23.6 | Verified |
| 8 | 05/27/2010 | 23.6 | Verified |
| 9 | 05/28/2010 | 23.5 | Verified |
| 10 | 05/29/2010 | 23.6 | Verified |
| 11 | 05/30/2010 | 23.6 | Verified |
| 12 | 05/31/2010 | 23.6 | Verified |
| 13 | 06/01/2010 | 23.6 | Verified |
| 14 | 06/02/2010 | 23.6 | Verified |
| 15 | 06/03/2010 | 23.6 | Verified |
| 16 | 06/04/2010 | 23.6 | Verified |
| 17 | 06/05/2010 | 23.6 | Verified |
| 18 | 06/06/2010 | 23.6 | Verified |
| 19 | 06/07/2010 | 23.6 | Verified |
| 20 | 06/08/2010 | 23.6 | Verified |
| 21 | 06/09/2010 | 23.6 | Verified |
| 22 | 06/10/2010 | 23.6 | Verified |
| 23 | 06/11/2010 | 23.6 | Verified |
| 24 | 06/12/2010 | 23.6 | Verified |
| 25 | 06/13/2010 | 23.6 | Verified |
| 26 | 06/14/2010 | 23.6 | Verified |
| 27 | 06/15/2010 | 23.5 | Verified |
| 28 | 06/16/2010 | 23.5 | Verified |
| 29 | 06/17/2010 | 23.6 | Verified |
| 30 | 06/18/2010 | 23.6 | Verified |

Additional log information is available and kept in the archives for 15 years after the asset has been disposed.