IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge John L. Kane

| | |
|---|---|
| Courtroom Deputy: LaDonne Bush<br>Court Reporter: Paul Zuckerman<br>Probation Officer: Caryl Ricca | Date: July 13, 2010 |

Criminal Action No. 09-cr-00279-JLK-1

| *Parties:* | *Counsel:* |
|---|---|
| UNITED STATES OF AMERICA, | Stephanie Podolak |
| Plaintiff, | |
| v. | |
| 1. FAYIN DENG, | Abraham Hutt |
| Defendant. | |

___

## SENTENCING MINUTES
___

9:03 a.m.   Court in session.

Defendant present on bond.

**On April 29, 2010, Defendant plead guilty to Count 1 and admitted Count 7 of the Indictment.**

**ORDERED:** The following motions are granted:

    1.   Government's Motion for Sentence Reduction Pursuant to Title 18, United States Code, Section 3553(e) and Section 5K1.1. of the Sentencing Guidelines (Doc. 102);

    2.   Motion for Three Level Departure for Acceptance of Responsibility (Doc. 103); and

    3.   Motion to Dismiss Remaining Counts (Doc. 104).

Court's statements made for the record.

Statements by Ms. Podolak, Mr. Hutt and Defendant.

Court's findings and conclusions.

**ORDERED:** Defendant is committed to the custody of the Bureau of Prisons to be imprisoned for a term of 18 months.

**ORDERED:** Upon release from imprisonment, Defendant shall be placed on supervised release for a period of six years.

**ORDERED:** Conditions of supervised release:

- (X) Within 72 hours of release from the custody of the Bureau of Prisons, Defendant shall report in person to the probation office in the district to which Defendant is released.
- (X) Defendant shall not commit another federal, state or local crime.
- (X) Defendant shall not possess a firearm as defined in 18 U.S.C. § 921.
- (X) Defendant shall comply with the standard conditions adopted by the Court.
- (X) Defendant shall not unlawfully possess a controlled substance.
- (X) Defendant shall refrain from the unlawful use of a controlled substance and submit to one drug test within 15 days of release on supervised release and at least two periodic drug tests thereafter.
- (X) Defendant shall cooperate in the collection of DNA as directed by the probation officer.

**ORDERED:** Defendant shall forfeit his interest to the United States of $240,867.91.

**ORDERED:** Defendant shall pay a special assessment of $ 100.00.

**ORDERED:** No fine is imposed because Defendant has no ability to pay a fine.

Defendant is advised of the right to appeal.

Court finds Defendant is not likely to flee or pose a danger to the safety of any other person in the community.

**ORDERED:** Defendant shall surrender at the institution designated by the Bureau of Prisons within 15 days of the date of designation before noon on that date as directed by the Court and probation officer.

**ORDERED:** The Bureau of Prisons shall give Defendant a full medical evaluation and such psychological evaluation as the physicians determine appropriate.

Court recommends to the Bureau of Prisons that Defendant be imprisoned in a facility that can provide him with whatever medical care is needed.

9:53 a.m.     Court in recess.

Hearing concluded.
Time: 00:50