IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 09-cr-00279-JLK

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.     FAYIN DENG, and
2.     KELLY CHOUNG,

    Defendants.

_____

**UNITED STATES MOTION FOR FINAL ORDER OF FORFEITURE**
_____

COMES NOW the United States of America, by and through Assistant United States Attorney James S. Russell, and moves this Court to enter a Final Order of Forfeiture and Judgment in this case pursuant to 21 U.S.C. §853, and Rule 32.2 of the Federal Rules of Criminal Procedure. In support, Plaintiff states:

1.     On May 18, 2010, the Court entered a Preliminary Order of Forfeiture (Docket #91), forfeiting the defendant's interest in the following property, and directed the United States to seize the subject property, and to publish notice of the forfeiture and the United States' intent to dispose of the property:

    a. $78,970.00 in United States currency;

    b. $42,997.91 seized from First Bank Account # 5711239244; and

    c. $118,900.00 in United States currency.

2.     The United States Marshal's Service executed the Preliminary Order of Forfeiture against the subject property on May 25, 2010 (see Docket #s 105, 106, and 107), and the United

States published notice of the forfeiture on an official government internet site for 30 consecutive days, as evidenced by the Notice of Publication filed on July 13, 2010 (Docket # 111).

      3.      To date, no party has filed a Claim, a Petition for Adjudication of Interest, or otherwise claimed any interest in the subject property, and therefore forfeiture can enter.

      WHEREFORE, the United States moves this Court for entry of the Final Order of Forfeiture and Judgment tendered herewith in accordance with 21 U.S.C. § 853, and Rule 32.2 of the Federal Rules of Criminal Procedure for the following:

      a. $78,970.00 in United States currency;

      b. $42,997.91 seized from First Bank Account # 5711239244; and

      c. $118,900.00 in United States currency

Dated this 27th day of July, 2010.

      DAVID M. GAOUETTE
      United States Attorney

      By: s/ James S. Russell
      James S. Russell
      Assistant United States Attorney
      1225 17th Street, Suite 700
      Denver, Colorado 80202
      Telephone: (303) 454-0100
      FAX: (303) 454-0402
      E-mail: james.russell2@usdoj.gov
      Attorney for Plaintiff

CERTIFICATE OF SERVICE (CM/ECF)

I hereby certify that on this 27th day of July, 2010, I electronically filed the foregoing MOTION FOR FINAL ORDER OF FORFEITURE with the Clerk of Court using the ECF system, which will send notification of such filing to the following e-mail addresses:

Abraham V. Hutt, Esq.
abc@abchutt.com
Attorney for Fayin Deng

Nancy W. Salomone, Esq.
nsalomone@laszlolaw.com

                                                                     s/ Lois Limmel
                                                                     Office of the United States Attorney