IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 09-cr-00279-JLK

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    FAYIN DENG, and
2.    KELLY CHUONG,

    Defendants.

_____

**FINAL ORDER OF FORFEITURE**
_____

    THIS MATTER comes before the Court on the United States' Motion for Final Order of Forfeiture of the following property:

    a. $78,970.00 in United States currency;

    b. $42,997.91 seized from First Bank Account # 5711239244; and

    c. $118,900.00 in United States currency.

The Court having read said Motion and being fully advised in the premises finds:

    THAT the United States commenced this action pursuant to 21 U.S.C. §853 and Rule 32.2 of the Federal Rules of Criminal Procedure;

    THAT a Preliminary Order of Forfeiture was entered on May 7, 2010, (Docket #91);

    THAT all known interested parties were provided an opportunity to respond and that publication has been effected as required by 21 U.S.C. §853(n);

    THAT no claim or petitions for an ancillary hearing have been filed in this matter by any party; and

    THAT it further appears there is cause to issue a forfeiture order under 21 U.S.C. §853

and Rule 32.2 of the Federal Rules of Criminal Procedure;

NOW, THEREFORE, IT IS ORDERED, DECREED AND ADJUDGED:

THAT judgment of forfeiture of the following property shall enter in favor of the United States pursuant to 21 U.S.C. §853 and Rule 32.2 of the Federal Rules of Criminal Procedure, free from the claims of any other party:

a. $78,970.00 in United States currency;

b. $42,997.91 seized from First Bank Account # 5711239244; and

c. $118,900.00 in United States currency, and

THAT the United States shall have full and legal title to the forfeited property and may dispose of it in accordance with law.

SO ORDERED this _____ day of _____, 2010.

BY THE COURT:

_____
JOHN L. KANE
United States District Court Senior Judge