IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO]

Judge John L. Kane

Criminal Case No. **09-cr-00279-JLK**

**UNITED STATES OF AMERICA,**

    Plaintiff,

v.

1. **FAYIN DENG, and**
2. **KELLY CHUONG,**

    Defendants.

## FINAL ORDER OF FORFEITURE

Kane, J.

    This matter is before me on the United States' Motion for Final Order of Forfeiture of the following property:

        a. $78,970.00 in United States currency;

        b. $42,997.91 seized from First Bank Account # 5711239244; and

        c. $118,900.00 in United States currency.

Having read said Motion and being fully advised in the premises, I find that:

    1) the United States commenced this action pursuant to 21 U.S.C. § 853 and Rule 32.2 of the Federal Rules of Criminal Procedure;

    2) a Preliminary Order of Forfeiture was entered on May 7, 2010, Doc. 91;

    3) all known interested parties were provided an opportunity to respond and that publication has been effected as required by 21 U.S.C. § 853(n);

    4) no claim or petitions for an ancillary hearing have been filed in this matter by any

party; and

5) it further appears there is cause to issue a forfeiture order under 21 U.S.C. § 853 and Rule 32.2 of the Federal Rules of Criminal Procedure;

It is therefore decreed and adjudged that judgment of forfeiture of the following property shall enter in favor of the United States pursuant to 21 U.S.C. § 853 and Rule 32.2 of the Federal Rules of Criminal Procedure, free from the claims of any other party:

    a. $78,970.00 in United States currency;

    b. $42,997.91 seized from First Bank Account # 5711239244; and

    c. $118,900.00 in United States currency, and

that the United States shall have full and legal title to the forfeited property and may dispose of it in accordance with law.

Dated:  July 27, 2010                               BY THE COURT:

                                                    **/s/ John L. Kane**
                                                    United States District Court Senior Judge