IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 09-cr-00279-JLK-01

UNITED STATES OF AMERICA,

                Plaintiff,

vs.

FAYIN DENG,

                Defendant.

---

**ORDER TO SURRENDER IN LIEU OF
TRANSPORTATION BY THE UNITED STATES MARSHAL**

---

        IT IS ORDERED that Defendant, FAYIN DENG, having been sentenced in the above-named case to the custody of the Bureau of Prisons, is to surrender himself by reporting to the Warden, USP Florence ADMAX, Satellite Camp, Florence, Colorado, on August 10, 2010, by 12:00 noon, and will travel at his own expense.

        DATED at Denver, Colorado, this 29th day of July, 2010.

                  BY THE COURT:


                  *s/John L. Kane*
                  JOHN L. KANE
                  Senior United States District Judge