| U.S. Department of Justice | PROCESS RECEIPT AND RETURN |
|---|---|
| United States Marshals Service | *See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.* |

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| United States of America | 09-CR-00279-JLK |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| US v. Fayin Deng and Kelly Chuong | EXECUTE FINAL ORDER |

**SERVE**  NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

➤ $42,997.91 SEIZED FROM FIRST BANK

**AT**  ADDRESS (*Street or RFD, Apartment No., City, State and ZIP Code*)

RECEIVED 2010 JUL 30 AM 11:09 U.S. DISTRICT COURT DISTRICT OF COLORADO SERVICE

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

United States Attorney's Office
ATTN: Asset Forfeiture Unit
1225 17th Street, Suite 700
Denver, Colorado 80202

Number of process to be served with this Form - 285: 1
Number of parties to be served in this case:
Check for service on U.S.A.:

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (*Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service*):

Execute attached FINAL Order of Forfeiture

CATS ID# 08-DEA-497152

Signature of Attorney or other Originator requesting service on behalf of: [signature]    ☐ PLAINTIFF   ☐ DEFENDANT    TELEPHONE NUMBER: 303-454-0251    DATE: 07/29/10

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | 13 | 13 | Pam Clayton | 7-30-10 |

☐ I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (*See remarks below*)

Name and title of individual served (*if not shown above*):

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (*complete only if different than shown above*):

Date of Service: 8-2-10    Time: 10:00 am

Signature of U.S. Marshal or Deputy: [signature]

| Service Fee | Total Mileage Charges (*including endeavors*) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|

REMARKS:  deposited $42,997.91 in AFF

PRIOR EDITIONS MAY BE USED    FORM USM-285

☐ CLERK OF COURT    ☐ USMS RECORD    ☐ NOTICE OF SERVICE    ☐ BILLING STATEMENT    ☐ ACKNOWLEDGMENT OF RECEIPT