AO 98 (Rev. 01/09) Defendant's Appearance Bond

# UNITED STATES DISTRICT COURT
for the

District of Colorado

United States of America )
v. )
)   Case No.  09-cr-00279-JLK
Fayin Deng )
*Defendant* )

☐ **BOND EXONERATED**
Dated: 8-12-2010
Check Issued: 344245
Deputy Clerk: TL

## DEFENDANT'S APPEARANCE BOND

To obtain the defendant's release, we jointly and severally agree to forfeit the following cash or other property to the United States of America if this defendant fails to appear as required for any court proceeding or for the service of any sentence imposed as may be noticed or ordered by any court, or fails to comply with any conditions of release set by the court considering this matter *(describe the cash or other property and any claim, lien, mortgage, or other encumbrance on it)*:

$25,000 secured by property and cash ($8484.71 in cash — the remainder in property)

*Ownership.* We declare under penalty of perjury that we are the sole owners of this property and that it is not subject to any claim, lien, mortgage, or other encumbrance except as disclosed above. We promise not to sell, mortgage, or otherwise encumber the property, or do anything to reduce its value while this agreement is in effect. We deposit with the court the following ownership documents, including any encumbrance documents *(list all documents and submit as attachments)*:

Special Warranty Deed

*Surety Information.* We understand that the court and the United States of America will rely on the surety information in approving this agreement.

*Conditions of Release.* We state that we have either read all court-ordered conditions of release imposed on the defendant or had them explained to us.

*Continuing Agreement.* Unless the court orders otherwise, this agreement remains in effect during any appeal or other review until the defendant has satisfied all court notices, orders, and conditions.

*Exoneration of sureties.* This agreement is satisfied and ends if the defendant is exonerated on all charges or, if convicted, the defendant reports to serve any sentence imposed.

*Forfeiture.* If the defendant fails to obey all conditions of release, court notices, and orders to appear, the court will immediately order the property forfeited and on motion of the United States of America may order a judgment of forfeiture against the signing parties and their representatives, jointly and severally, including interest and costs.

AO 98 (Rev. 01/09) Defendant's Appearance Bond

I swear under penalty of perjury that the above information is true and agree to the conditions of this agreement.

Date: 6-1-09

*Fayin Deng*
*Defendant's signature*

City and state: _____

FAYIN DENG
*Property owner's printed name*

*Fayin Deng*
*Property owner's signature*

Kelly Chuong
*Property owner's printed name*

*Kelly Chuong*
*Property owner's signature*

Kayce Chuong
Cash ~~owner's printed name~~

*Kayce Chuong*
Cash ~~owner's signature~~

Sworn and signed before me.

CLERK OF COURT

Date: _____

*Signature of Clerk or Deputy Clerk*

Approved.
Date: June 1, 2005

*Judge's signature*

**MICHAEL J. WATANABE**
**U.S. MAGISTRATE JUDGE**
**DISTRICT OF COLORADO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

<u>Release From
United States District Court
for the District of Colorado</u>

**WHEREAS**, a Notice that certain real property has been pledged as security for an appearance bond in the United States District Court for the District of Colorado in Criminal Action No. 09-cr-00279-JLK, U.S.A. v. FAYIN DENG, was filed in the office of the Clerk and Recorder, County of Adams, State of Colorado.

Lot 21, Block 3, Eastlake Village Filing No. 3, County of Adams, State of Colorado, also known as 12155 Adams Street, Thornton, CO 80241.

**WHEREAS**, the conditions of said bond have been met and said bond has been discharged,

**NOW THEREFORE** said notice is hereby released.

**DATED** at Denver, Colorado this 11 day of August, 2010.

GREGORY C. LANGHAM, CLERK

By: _____s/T.Lee_____

T.Lee, Deputy Clerk