## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

(AMENDED)   <u>Release From</u>
<u>United States District Court</u>
<u>for the District of Colorado</u>

**WHEREAS**, a Notice that certain real property has been pledged as security for an appearance bond in the United States District Court for the District of Colorado in Criminal Action No. (09-mj-01082-MEH) **now** 09-cr-00279-JLK, U.S.A. v. FAYIN DENG, was filed in the office of the Clerk and Recorder, County of Adams, State of Colorado, in the amount of $16, 515.29, for Lot 21, Block 3, Eastlake Village Filing No. 3, County of Adams, State of Colorado, also known as 12155 Adams Street, Thornton, CO 80241,

and **WHEREAS**, the conditions of said bond have been met and said bond has been discharged, **NOW THEREFORE** said notice is hereby released.

**DATED** at Denver, Colorado this 2 day of August, 2013.



JEFFREY P. COLWELL, CLERK

By:   <u>s/N. Marble</u>

N. Marble, Deputy Clerk