IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.  09-cr-00279-JLK

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.      FAYIN DENG, and
2.      KELLY CHUONG,

      Defendants.

---

## MOTION TO WITHDRAW AS COUNSEL -
### ASSISTANT UNITED STATES ATTORNEY JAMES S. RUSSELL

COMES NOW Assistant United States Attorney James S. Russell and, in compliance with

D.C.Colo.LCivR. 83.3 (D) hereby moves to Withdraw as counsel for the United States in this matter.

As grounds therefor, the undersigned Assistant United States Attorney states that:

1.      Assistant United States Attorney James S. Russell a member of the

District of Colorado United States Attorney's Office Asset Forfeiture Unit has been the

sole or lead counsel on this matter.

2.      Effective immediately, Assistant United States Attorney James S. Russell

is going on a detail to the Washington D.C. area to work in another branch of the

Department of Justice.  As such, he will not be acting as an Assistant United States Attorney in the

District of Colorado, nor will he have any contact with this or any other litigation in the District of

Colorado.

-1-

3.      Assistant United States Attorney Tonya S. Andrews, another member of the United States Attorney's Office Asset Forfeiture Unit has entered her Appearance in this matter and will fully represent the United States in all further proceedings.

WHEREFORE, Assistant United States Attorney James S. Russell moves to withdraw as counsel for the United States in this matter.

DATED at Denver, Colorado, this 15th day of October, 2010.

Respectfully submitted,


JOHN F. WALSH
United States Attorney

By: s/ James S. Russell
    James S. Russell
    Assistant United States Attorney
    1225 17th Street, Suite 700
    Denver, Colorado 80202
    Telephone: (303) 454-0100
    Fax: (303) 454-0402
    E-mail: james.russell2@usdoj.gov

CERTIFICATE OF SERVICE (CM/ECF)

I hereby certify that on October 15, 2010, I electronically filed the foregoing MOTION TO WITHDRAW AS COUNSEL - ASSISTANT UNITED STATES ATTORNEY JAMES S. RUSSELL with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Abraham V. Hutt, Esq.
Abc@abchutt.com
Attorney for Fayin Deng

Nancy W. Salomone, Esq.
Nsalomone@laszlolaw.com


s/ Raisa Vilensky
FSA Data Analyst
Office of the U.S. Attorney