IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.  09-cr-00279-JLK

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.     FAYIN DENG, and
2.     KELLY CHUONG,

      Defendants.

## ORDER

      This matter having come before the Court on the Motion to Withdraw as Counsel - Assistant United States Attorney James S. Russell, and the Court being fully apprised, it is hereby ORDERED that:

      1.     That Assistant United States Attorney James S. Russell's Motion to Withdraw as Counsel be GRANTED.

      DONE at Denver, Colorado, this ___ day of October, 2010.

                                                BY THE COURT:

                                               _____

                                               JOHN L. KANE
                                               UNITED STATES SENIOR JUDGE