IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.  09-cr-00279-JLK

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.      FAYIN DENG, and
2.      KELLY CHUONG,

      Defendants.

---

**ORDER**

---

This matter having come before the Court on the Motion to Withdraw as Counsel - Assistant United States Attorney James S. Russell (doc. #135), filed October 15, 2010, and the Court being fully apprised, it is hereby ORDERED that:

1.      That Assistant United States Attorney James S. Russell's Motion to Withdraw as Counsel be GRANTED.

DONE at Denver, Colorado, this 15th day of October, 2010.

                        BY THE COURT:

                        *s/John L. Kane*
                        JOHN L. KANE
                        UNITED STATES SENIOR JUDGE