IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 09-cr-00279-JLK

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.     FAYIN DENG, and
2.     KELLY CHUONG,

    Defendants.

_____

**ENTRY OF APPEARANCE OF COUNSEL FOR PLAINTIFF**

_____

    COMES NOW the undersigned, a member of the bar of this Court, and herewith enters an appearance as forfeiture counsel for the above-named Plaintiff.

    DATED at Denver, Colorado, this 29th day of December, 2010.

    Respectfully submitted,

    JOHN F. WALSH
    United States Attorney

By: s/ Wayne Campbell
    WAYNE CAMPBELL
    Assistant United States Attorney
    United States Attorney's Office
    1225 17th Street, Suite 700
    Denver, Colorado 80202
    Telephone: (303) 454-0319
    Fax: (303) 454-0402
    E-mail: Wayne.Campbell@usdoj.gov