PS 40  (Rev. 09/10) Notice Regarding United States Passport for Criminal Defendant

# UNITED STATES DISTRICT COURT

for the

District of Colorado

## NOTICE REGARDING UNITED STATES PASSPORT FOR CRIMINAL DEFENDANT

**TO:**　　　　United States Department of State
　　　　　　　Office of Passport Services
　　　　　　　Legal Affairs Division
　　　2100 Pennsylvania Avenue, NW, 3rd Floor
　　　　　　　Washington, DC 20037

**FROM:**　　　　U.S. District Court
　　　　　　　901 19th Street
　　　　　　Denver, Colorado 80294

☐ **Original Notice**
**Date:** _____
**By:** _____

☒ **Notice of Disposition**
**Date:** __07/13/2010__
**By:** __Judge John L. Kane__

Defendant: __Fayin Deng__
Date of Birth: __1975__
SSN: _____

Case Number: __09-cr-00279-JLK__
Place of Birth: __China__

**Notice of Court Order** (Order Date: _____ )

☐ The above-named defendant is not permitted to apply for the issuance of a passport and/or passport card during the pendency of this action.

☒ The above-named defendant surrendered passport number __076115282__ and/or passport card number _____ to the custody of the U.S. District Court on __06/02/2009__.

### NOTICE OF DISPOSITION

The above case has been disposed of.

☐ The above order of the court is no longer in effect.

☐ Defendant not convicted – Document returned to defendant.

☐ Defendant not convicted – Document enclosed for further investigation due to evidence that the document may have been issued in a false name.

☒ Defendant convicted – Document and copy of judgment enclosed.

**Distribution:**
Original to case file
Department of State
Defendant *(or representative)*
Clerk of Court