March 10, 205

The Honorable Judge:

My name is Zhang Cong Deng, I am Fayin Deng's father, and I am writing this letter in hopes that you will grant him permission to accompany me to Guangxi, China. The reason that I am asking for his pardon is because I have terminal cancer, and the life expectancy that the doctors predicted for me has already passed. I would love Fayin Deng to be able to accompany me to visit my family one last time as my dying wish. The reason I chose Fayin Deng to accompany me to Guangxi, China is because he has been taking care of me the whole time during my illness. I would like nothing more than to spend my remaining days with my son, Fayin Deng and my family in Guangxi, China.

My son Fayin Deng has shown me unconditional love and support throughout the entire time of my sickness. Even though I have other children, none of them have shown me the care, love and respect that a dying old man should receive. He asks for nothing in return except for my happiness, and now your honor I am asking you, to please grant this last wish of mine.

Sincerely,

*BNG CONG ZHANG*

Zhang Cong Deng

Translation completed by Giao Giang, MS
720-288-6035
giaokgiang@gmail.com

Exhibit A