

3/10/2015

Zhang C Deng
12155 Adams St
Thornton CO 80241

To whom it may concern,

   I am writing this letter on behalf of my patient Zhang Deng to verify that Mr. Deng has a terminal diagnosis.  As such, Mr. Deng is planning a trip to China to visit his relatives for a final farewell.

   Mr. Deng is too weak and frail to make this long trip alone and so he is requesting his son, Fayin Deng, to accompany him during this trip.  This trip is tentatively planned for sometime this Spring.

   I support Mr. Deng's request.

Sincerely,

*[signature]*

Signed by Kelly C (Md) Jeong
3/10/2015, 3:00 PM

*Kaiser Foundation Health Plan of Colorado - Colorado Permanente Medical Group, P.C.*

                                                                         Exhibit B