PROB 8
(Rev. 7/04)

# U.S. PROBATION OFFICE
## MONTHLY SUPERVISION REPORT FOR THE MONTH _____

| Name: | DOB: | Court Name *(if different)*: | Probation Officer: |
|---|---|---|---|

### PART A: RESIDENCE *(If new address, attach copy of lease/purchase agreement.)*

| Street Address, Apt. Number: | Own or Rent? | Home Phone: | Cellular Phone: | Pager: |
|---|---|---|---|---|
| City, State, Zip Code: | | Persons Living With You: | | |
| Secondary Residence: | Own or Rent? | Did you move during the month? ☐ Yes ☐ No | | |
| Mailing Address *(if different)*: | E-Mail Address: | If yes, date moved: _____ | Reason for Moving: | |

### PART B: EMPLOYMENT *(If unemployed, list source of support under Part D.)*

| Name, Address, Phone No. of Employer: | Name of Immediate Supervisor: | Is your employer aware of your criminal status? ☐ Yes ☐ No |
|---|---|---|
| | How many days of work did you miss? _____ Why? | |
| | Position Held: | Gross Wages: | Normal Work Hours: |
| Did you change jobs? ☐ Yes ☐ No<br>Were you terminated? ☐ Yes ☐ No | If changed jobs or terminated, state when and why. | |

### PART C: VEHICLES *(List all vehicles owned or driven by you.)*

| 1. Year/Make/Model/Color: | Mileage: | Tag Number: | Owner: |
|---|---|---|---|
| | | Vehicle I.D.#: | |
| 2. Year/Make/Model/Color: | Mileage: | Tag Number: | Owner: |
| | | Vehicle I.D.#: | |

### PART D: MONTHLY FINANCIAL STATEMENT

Net Earnings from Employment: _____
*(Attach Proof of Earnings)*

Other Cash Inflows: _____

TOTAL MONTHLY CASH INFLOWS: $0.00

TOTAL MONTHLY CASH OUTFLOW: _____

Do you rent or have access to:
a post office box? ☐ Yes ☐ No   a safe deposit box? ☐ Yes ☐ No
a storage space? ☐ Yes ☐ No
Name and Address of Location:   Box No. or Space
_____
_____
_____

Do you have a checking account(s)? ☐ Yes ☐ No
Bank Name: _____
Account No.: _____ Balance _____
Do you have a savings account(s)? ☐ Yes ☐ No
Bank Name: _____
Account No.: _____ Balance _____
Attach a complete listing of all other financial account information, if you have multiple accounts.

Does your spouse, significant other, or dependant have a checking or savings account that you enjoy the benefits of or make occasional contributions toward?
☐ Yes ☐ No

Bank Name: _____

Account No.: _____   Balance: _____

List all expenditures over $500 (including, e.g., goods, services, or gambling losses)

| Date | Amount | Method of Payment | Description of Item |
|---|---|---|---|
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

Exhibit C

PROB 8    Page 2
(Rev. 7/04)

| PART E: COMPLIANCE WITH CONDITIONS OF SUPERVISION DURING THE PAST MONTH ||
|---|---|
| Were you questioned by any law enforcement officers? ☐ Yes ☐ No <br><br> If yes, date: _____ <br><br> Agency: _____ <br><br> Reason: _____ | Were you arrested or named as a defendant in any criminal case? ☐ Yes ☐ No <br><br> If yes, when and where? _____ <br><br> Charges: _____ <br><br> Disposition: _____ |
| (Attach copy of citation, receipt, charges, disposition, etc.) ||
| Were any pending charges disposed of during the month? ☐ Yes ☐ No <br><br> If yes, date: _____ <br><br> Court: _____ <br><br> Disposition: _____ | Was anyone in your household arrested or questioned by law enforcement? ☐ Yes ☐ No <br><br> If yes, whom? _____ <br><br> Reason: _____ <br><br> Disposition: _____ |
| Did you have any contact with anyone having a criminal record? ☐ Yes ☐ No <br><br> If yes, whom? _____ | Did you possess or have access to a firearm? ☐ Yes ☐ No <br><br> If yes, why? _____ |
| Did you possess or use any illegal drugs? ☐ Yes ☐ No <br><br> If yes, type of drug: _____ | Did you travel outside the district without permission? ☐ Yes ☐ No <br><br> If yes, when and where? _____ |
| Do you have a special assessment, restitution, or fine? ☐ Yes ☐ No    If yes, amount paid during the month: <br><br> Special Assessment: _____    Restitution: _____    Fine: _____ <br> NOTE: ALL PAYMENTS TO BE MADE BY MONEY ORDER (POSTAL OR BANK) OR CASHIER'S CHECK ONLY. ||
| Do you have community service work to perform? ☐ Yes ☐ No <br><br> Number of hours completed this month: _____ <br><br> Number of hours missed: _____ <br><br> Balance of hours remaining: _____ | Do you have drug, alcohol, or mental health aftercare? ☐ Yes ☐ No <br><br> If yes, did you miss any sessions during this month? ☐ Yes ☐ No <br><br> Did you fail to respond to phone recorder instructions? ☐ Yes ☐ No <br><br> If yes, why? _____ |
| **WARNING: ANY FALSE STATEMENTS MAY RESULT IN REVOCATION OF PROBATION, SUPERVISED RELEASE, OR PAROLE, IN ADDITION TO 5 YEARS IMPRISONMENT, A $250,000 FINE, OR BOTH.** <br><br> (18 U.S.C. § 1001) | I CERTIFY THAT ALL INFORMATION FURNISHED IS COMPLETE AND CORRECT. <br><br> _____    _____ <br> SIGNATURE                         DATE |
| REMARKS: <br><br><br><br><br><br> _____    _____ <br> U.S. Probation Officer        Date | RECEIVED: <br><br> _____ Mail    _____ OC <br><br> _____ HC     _____ CC <br><br> RETURN TO: |