IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Criminal Case No. **09-cr-279-JLK**

**UNITED STATES OF AMERICA,**

        Plaintiff,

v.

**1.    FAYIN DENG, a/k/a "Tom",**

        Defendant.

---

### ORDER ON MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE

Kane, J.

    Before me is Defendant's Motion for Early Termination of Supervised Release (Doc. 143). For compassionate reasons based on Defendant's family emergency, the Motion is **GRANTED**. Defendant's supervised release is **TERMINATED** effective immediately.

---

Dated:  March 12, 2015

                                      BY THE COURT:
                                      *s/John L. Kane*
                                      John L. Kane, Senior Judge
                                      United States District Court